FILED
NOV 15 2007
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NURSAN METALURJI ENDUSTRISI A.S.,
                  Plaintiff,

-V-

M/V "TORM GERTRUD" in rem, M/V "NEW
FLAME" in rem, et. Al.
                  Defendants.

**CERTIFICATE OF MAILING**

07 CV 7687 (GBD)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15th day of November, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**29th day of August, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8614 8108 4457**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building<br>420 Lexington Ave., Suite 300<br>New York, NY 10170<br>*phone* (212) 490-6050<br>*fax* (212) 490-6070 | Patrick F. Lennon - *pfl@lenmur.com*<br>Charles E. Murphy - *cem@lenmur.com*<br>Kevin J. Lennon - *kjl@lenmur.com*<br>Nancy R. Peterson - *nrp@lenmur.com*<br>Coleen A. McEvoy - *cam@lenmur.com* | Tide Mill Landing<br>2425 Post Road<br>Southport, CT 06890<br>*phone* (203) 256-8600<br>*fax* (203) 256-8615 |

November 15, 2007

J. Michael McMahon
Clerk of Court
U.S. District Court for the S.D.N.Y.
500 Pearl Street

---

**FedEx International Air Waybill — Sender's Copy**

**1. From:**
- Sender's Name: Charles E. Murphy
- Phone: (212) 490-6050
- Company: Lennon, Murphy + Lennon, LLC
- Address: The Gray Bar Building
- Address: 420 Lexington Ave. Suite 300
- City: New York
- State/Province: NY
- ZIP/Postal Code: 10170

**2. To:**
- Company: A/S Dampskibsselskabet TORM
- Address: TUBORG HAVNEVEJ 18
- Address: DK-2900 Hellerup
- Country: DENMARK

**3. Shipment Information:**
- Total Packages: 1
- Commodity Description: PAPERS

**4. Express Package Service:** FedEx Intl. Priority

**5. Packaging:** FedEx Envelope

**7a. Payment:** Sender — FedEx Acct. No. 371916547

FedEx Tracking Number: 8614 8108 4457

521  0402