**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
NURSAN METALURJI ENDUSTRISI A.S.,

                          Plaintiff,                      Case No.: 07 CIV 7687 (GBD)

       -against-

M/V "TORM GERTRUD" her engines, tackle,
boilers, etc. *in rem*, M/V "NEW FLAME" her engines,
tackle, boilers, etc. *in rem*,
A/S DAMPSKIBSSELSKABET TORM, TRANSMAR
SHIPPING CO. S.A., GLADIATOR NAVIGATION S.A.,
*in personam*,

                         Defendants.
-------------------------------------------------------------------x

### NOTICE OF MOTION TO DISMISS AS TO DEFENDANTS
### M/V TORM GERTRUD AND A/S DAMPSKIBSSELSKABET TORM

           **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the Declarations of Julian Triay, Anne Mentz Hansen, and James F. Sweeney, and exhibits thereto, filed herein, Defendants A/S DAMPSKIBSSELSKABET TORM ("Torm") and the M/V TORM GERTRUD *in rem*, will move this Honorable Court on the 1st day of February, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, for an Order dismissing this action as against Defendants Torm and the M/V TORM GERTRUD *in rem* pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and/or the doctrine of *forum non conveniens*. The said motion will be heard at the United States Courthouse, 500 Pearl Street, New York, New York.

**PLEASE TAKE FURTHER NOTICE** that, as agreed by and between all the parties, unless otherwise directed by the Court or by further agreement, opposition to said motion shall be served on or before January 18, 2008.

Dated: New York, New York
        December 10, 2007

                                    Respectfully submitted,

                                    NICOLETTI HORNIG & SWEENEY
                                    *Attorneys for Defendant*
                                    A/S DAMPSKIBSSELSKABET TORM


                                    By:_____s/ James F. Sweeney_____
                                        James F. Sweeney (JFS-7745)
                                        Wall Street Plaza
                                        88 Pine Street, 7th Floor
                                        New York, New York  10005-1801
                                        Telephone No.: (212) 220-3830
                                        Facsimile No.: (212) 220-3784
                                        E-mail: jsweeney@nicolettihornig.com
                                        (FILE NO.: 00000798 JFS)



**TO:**

Patrick F. Lennon, Esq.
Charles E. Murphy, Esq.
LENNON, MURPHY & LENNON, LLC
*Attorneys for Plaintiff*
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone No.: (212) 490-6050
Facsimile No.: (212) 490-6070
E-mail: pfl@lenmur.com; cem@ldnmur.com

Peter J. Gutowski, Esq.
Gina M. Venezia, Esq.
FREEHILL HOGAN AND MAHAR LLP
*Attorneys for Gladiator Navigation S.A.*
80 Pine Street
New York , N.Y. 10005-1759
Telephone No.: 212-425-1900
Facsimile No.: 212-425-1901
E-mail:  gutowski@freehill.com; venezia@freehill.com