UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

NURSAN METALURJI ENDUSTRISI, A.S.,

                 Plaintiff,

                    -against-

M/V "TORM GERTRUD" her engines, tackle,
boilers, etc. *in rem*, M/V "NEW FLAME" her engines,
tackle, boilers, etc. *in rem*,
A/S DAMPSKIBSSELSKABET TORM, TRANSMAR
SHIPPING CO. S.A., GLADIATOR NAVIGATION S.A.,
*in personam*,

                 Defendants.

-----------------------------------------------------------------------x

Case No.: 07 CIV 7687 (GBD)

**DECLARATION OF**
**JAMES F. SWEENEY**

     JAMES F. SWEENEY declares as follows:

     1.     I am an attorney at law, duly admitted to practice in this Honorable Court and am a member of the firm of NICOLETTI HORNIG & SWEENEY, attorneys for defendants A/S DAMPSKIBSSELSKABET TORM and the M.T. TORM GERTRUD *in rem* (collectively "Torm").

     2.     I make this Declaration in support of Torm's motion to dismiss for lack of *in personam* jurisdiction and/or for *forum non conveniens*.

     3.     Attached hereto as Exhibit A is a true and correct copy of the Government of Gibraltar's 21 August 2007 Press Release.

     4.     Attached hereto as Exhibit B is a true and correct copy of the Government of Gibraltar's 14 September 2007 Press Release.

     5.     Attached hereto as Exhibit C is a true and correct copy of the "Vessel Entrance or Clearance Statement" for the M/V NEW FLAME.

6.    Attached hereto as Exhibit D is a true and correct copy of the Judicial Caseload Profile Report for U.S. District Court for the Southern District of New York, available at http://www.uscourts.gov/cgi-bin/cmsd2006.pl.

7.    For further information concerning the subject casualty, please see http://en.wikipedia.org/wiki/M/V_New_Flame.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7 December 2007
New York, New York

_____
JAMES F. SWEENEY

X:\Public Word Files\0\798\Legal\Declaration.Sweeney.doc

2