Exhibit C

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

Approved OMB. No 1651-0019

# VESSEL ENTRANCE OR CLEARANCE STATEMENT
19 CFR Part 4

☐ ENTRANCE   ☑ CLEARANCE

See back for Instructions

TRADE CODES (see back)   Check One: ☐1 ☐2 ☐3 ☐4 ☐5 ☐6

| Field | Value |
|---|---|
| 1. Manifest No. | |
| 2. Port of Arrival/Departure | NEW YORK, NY |
| 3. Date & Time Of Arrival/Departure | 07/31/07 1200 hrs |
| 4. Vessel Operating Draft (in feet and inches) | 37 ft. in. |
| 5. Nationality, Name and Type of Vessel | ~~MALTA~~ Panama / M/V NEW FLAME / 229. Bulk Carrier |
| 6. Vessel Built at/Year | KOREA / 1994 |
| 7. Name Address & Phone No. of Ship's Agent | New England Shipping Co., Inc. / 126 Tyler Street / Port Newark, NJ 07114 / 201-946-0366 |
| 8. Name & Country of Owner | GLADIATOR NAVIGATION S.A. / PANAMA |
| 9. Name & Country of Operator | SAME AS #8 |
| 10. Gross Tonnage | 26824 |
| 11. Net Tonnage | 13805 |
| 12. Port Arrived From / Departed For | ISKERDERUN, TURKEY |
| 13. IMO# | |
| Official # | |
| Call Sign | |

14. List All Dock Locations (continue on back if necessary)
CLAREMONT TERMINAL, JERSEY CITY, NJ / BAYRIDGE FLATS

15. Particulars of Voyage (Previous and Subsequent Ports of Call, include dates; underline where remaining cargo will be discharged)(Cont on back)
DNEPROBUSKIY, UKRAINE / ELEUSIS, GREECE / PORT NEWARK, NJ / JERSEY CITY, NJ / ISKERDERUN, TURKEY

16. Brief Description of Cargo
LOADING STEEL SCRAP

17. ☑ Check If Incomplete Manifest for Export
☐ Check If Licensed Cargo Loaded
☐ Check If Complete Manifest for Export

18. No. of Crew: ~~20~~ 23
19. No. of Passengers: 1
20. List All Carriers on board by SCAC Code

21. Tonnage Mark: ☑ None ☐ Submerged ☐ Not Submerged
22. Bunkers: Type, Barrels, Value: -

23. Load Line Expires: 64
24. Solas Certificate Expires: 64
25. Passengers Allowed Per Coast Guard Certificate: 0
26. Number of Passengers Embarking/Disembarking: 0

27. Cert. Of Fin. Resp. No (Oil Pollution) and Exp. Date: 64
28. Cert. of Fin. Resp. (Passenger Death/Injury)
29. Cert. of Fin. Resp. (Passenger Transportation Indemnification)

30. PURPOSE OF ENTRANCE OR CLEARANCE
☐ D (Discharge Foreign Cargo)   ☐ X (Export Cargo Aboard On Arrival)   ☑ L (Lade Cargo For Export)
☐ F (FROB - Foreign Cargo To Remain On Board)   ☐ N (No Cargo Transactions)   ☐ Y (Military Cargo For Discharge/to be Laden)

31. Print and Sign Name of Master, Authorized Agent or Officer, Date
CAPT. DIMITRIOU KONSTANTINOS 07/31/07 X

FOR CBP USE ONLY

32. ☐ CBP User Fee Paid Up*
33. ☐ APHIS User Fee Paid Up*
34. ☐ Tonnage Tax Paid Up*

35. Cash Receipt, CF 368 or Transaction No
36. Total Fees Collected
37. Port Entered / Cleared, Time and Date: 7/31

38. CBP Officer Remarks

39. Signature and Title of Officer Receiving Entry/Granting Clearance
b6, b7c

*Check boxes only if fees not collected

CBP Form 1300 (02/02)