Exhibit B

 **GOVERNMENT OF GIBRALTAR**
Ministry of Maritime Affairs
Maritime Administration
Watergate House
2/8 Casemates Square
Gibraltar 

Tel: + 350 46862 / Fax: + 350 47770
e-mail: maritadmin@gibtelecom.net

29th November 2007

Our ref:    TN/07/566 L
Your ref:

Mr Julian Triay
Triay & Triay
28 Irish Town
Gibraltar

Dear Mr Triay

Re:    Accident Investigation into the Collision between the 'New Flame and the 'Torm Gertrude' – Bay of Gibraltar 12th August 2007

Further to our recent telephone conversation, I can confirm that following the collision between the above referenced vessels, an accident investigation was initiated on the same day.

The investigation is a joint one involving the Danish and Panamanian Maritime Authorities, with the Gibraltar Maritime Administration taking the role as the lead investigative State. The report is being compiled under the requirements of the Gibraltar Merchant Shipping (Accident Reporting and Investigation) Regulations 2006 and in accordance with IMO Resolution A.849(20)

The final report will be presented to the Minister before being submitted to IMO. At this stage, at the Ministers discretion, it may be released into the public domain. It is expected that the report should be completed by March 2008.

I trust this helps to answer your question, however if I may be of further assistance, please do not hesitate to contact this office.

Yours sincerely

Tony Nation
Maritime Administrator

**PRIVILEGE AND CONFIDENTIAL NOTICE**
This message is intended only for use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dessimation, distribution or copy of this communication is strictly prohibited. If you have this communication in error, please notify us immediately by telephoning the number listed below.
Telephone No: (350) 46862 Centrex 3920;  Fax No: (350) 47770
e-mail: maritadmin@gibtelecom.net