Exhibit 1

# Insured, Co-Insured and Mortgagees, Torm Fleet, January 2007

## *TANKERS:*

**"TORM HELENE"**
OWNERS/MANAGERS AND
OPERATORS:                    A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM GOTLAND"**
OWNERS/MANAGERS AND
OPERATORS:                    A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM GUNHILD"**
OWNERS/MANAGERS AND
OPERATORS:                    A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM ANNE"**
OWNERS:                       TORM SINGAPORE PTE. LTD., SINGAPORE
                              C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK
MANAGERS AND OPERATORS:       A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM MARY"**
OWNERS/MANAGERS AND
OPERATORS:                    A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM VITA"**
OWNERS/MANAGERS AND
OPERATORS:                    A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM GERTRUD"**
OWNERS/MANAGERS AND
OPERATORS:                    A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM GERD"**
OWNERS/MANAGERS AND
OPERATORS:                    A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM THYRA"**
OWNERS/MANAGERS AND
OPERATORS:                    A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK
                              DANMARKS SKIBSKREDIT A/S, SKT. ANNAE PLADS 1-3, P.O.BOX

**"TORM FREYA"**
OWNERS/MANAGERS AND
OPERATORS:                    A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM VALBORG"**
OWNERS/MANAGERS AND
OPERATORS:                    A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM INGEBORG"**
OWNERS/MANAGERS AND
OPERATORS:                          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM ESTRID"**
OWNERS/MANAGERS AND
OPERATORS:                          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM ISMINI"**
OWNERS/MANAGERS AND
OPERATORS:                          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM SARA"**
OWNERS:                             TORM SINGAPORE PTE. LTD., SINGAPORE
                                    C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK
MANAGERS AND OPERATORS:             A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM SIGNE"**
OWNERS:                             TORM SINGAPORE PTE. LTD., SINGAPORE
                                    C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK
MANAGERS AND OPERATORS:             A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM HELVIG"**
OWNERS/MANAGERS AND
OPERATORS:                          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM RAGNHILD"**
OWNERS/MANAGERS AND
OPERATORS:                          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM CECILIE"**
OWNERS/MANAGERS AND
OPERATORS:                          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM EMILIE"**
OWNERS/MANAGERS AND
OPERATORS:                          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM CAROLINE"**
OWNERS/MANAGERS AND
OPERATORS:                          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM CAMILLA"**
OWNERS/MANAGERS AND
OPERATORS:                          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM CARINA"**
OWNERS/MANAGERS AND
OPERATORS:                          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM CLARA"**

| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM SOFIA"**
| | |
|---|---|
| OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM GUDRUN"**
| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM KRISTINA"**
| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM MARGRETHE"**
| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM MARIE"**
| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM UGLAND"**
| | |
|---|---|
| OWNERS: | UT SHIPOWNING K/S |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM MARGIT"**
| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM VENTURE"**
| | |
|---|---|
| OWNERSMANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM METTE"**
| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

## BULKERS:

**"TORM MARTA"**
| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM MARLENE"**
| | |
|---|---|
| OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE |

|  | C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
|---|---|
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "TORM BALTIC"
| OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE |
|---|---|
|  | C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "TORM TINA"
| OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE |
|---|---|
|  | C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "TORM ROTNA"
| OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE |
|---|---|
|  | C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "TORM ANHOLT"
| OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE |
|---|---|
|  | C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

## *VESSELS UNDER TECHNICAL MANAGEMENT:*

### "TORM ANN-MARIE"
| OWNERS: | 50% OWNER: REDERI AB GOTLAND, P.O. BOX 1104, S-62122, VISBY, SWEDEN |
|---|---|
|  | 50% OWNER: REDERI AB GUTE c/o REDERI AB GOTLAND |
| BAREBOAT CHARTERERS: | AM SHIPPING LTD., 29 RETIREMENT ROAD, P.O. BOX N-7123, NASSAU, BAHAMAS |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "TORM ANNA"
| OWNERS: | REDERI AB TORSBURGEN, C/O REDERI AB GOTLAND P.O.BOX 1104, S-62122 VISBY, SWEDEN |
|---|---|
| BAREBOAT CHARTERERS: | HM SHIPPING LTD., 29 RETIREMENT ROAD, P.O.BOX N-7123, NASSAU, BAHAMAS |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "BEL TAYLOR"
| OWNERS: | FRIGATE SHIPPING INC., MARSHALL ISLANDS |
|---|---|
| TECHNICAL MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "NORDIC LISBETH"
| OWNERS: | NORDIC TANKERS A/S, DENMARK |
|---|---|
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "GOTLAND CAROLINA"

| | |
|---|---|
| OWNERS: | REDERI AB KLINTEHAMN, BOX 1104, 621 22 VISBY, GOTLANDS LÄN, SWEDEN |
| BAREBOAT CHARTERERS: | CM SHIPPING LTD., NASSAU |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "GOTLAND SOFIA"

| | |
|---|---|
| OWNERS: | REDERI AB GOTLAND, P.O. BOX 1104, S-62122, VISBY, SWEDEN |
| BAREBOAT CHARTERERS: | SM SHIPPING LTD., BAHAMAS |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

*Newbuildings 2007*

### "DALIAN 1100-29" (TORM MARINA)

| | |
|---|---|
| OWNERS: | TT SHIPOWNING K/S |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

## VESSELS ON BAREBOAT TO ARRENDADORA OCEAN MEXICANA S.A. DE C.V.:

### "TORM ALICE"

| | |
|---|---|
| REGISTERED OWNERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| B/B-CHARTERERS: | TORM SINGAPORE PTE. LTD., SINGAPORE |
| LEASE FINANCIAL AGREEMENT: | ARRENDADORA OCEAN MEXICANA S.A. DE C.V. |

### "TORM AGNETE"

| | |
|---|---|
| REGISTERED OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| B/B-CHARTERERS: | ARRENDADORA OCEAN MEXICANA S.A. DE C.V. |

## LR1 TANKERS:

### "OTTAWA"

| | |
|---|---|
| REGISTERED OWNERS: | TAILWIND TANKERS PTE. LTD |
| BAREBOAT CHARTERERS: | OTTAWA SHIPPING LLC TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK TORM USA LLC, BERMUDA |

### "TAMAR"

| | |
|---|---|
| REGISTERED OWNERS: | TAILWIND TANKERS PTE. LTD |

| | |
|---|---|
| BAREBOAT CHARTERERS: | TAMAR SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

## MR - TANKERS:

### "WABASH"

| | |
|---|---|
| REGISTERED OWNERS: | WABASH SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "KANSAS"

| | |
|---|---|
| REGISTERED OWNERS: | KANSAS SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "REPUBLICAN"

| | |
|---|---|
| REGISTERED OWNERS: | REPUBLICAN SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "PLATTE"

| | |
|---|---|
| REGISTERED OWNERS: | PLATTE SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "THAMES"

| | |
|---|---|
| REGISTERED OWNERS: | THAMES SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| TECHNICAL MANAGERS AND COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "HORIZON"

| | |
|---|---|
| REGISTERED OWNERS: | HORIZON SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "ROSETTA"

| | |
|---|---|
| REGISTERED OWNERS: | ROSETTA SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, |

|  |  |
|---|---|
| COMMERCIAL MANAGERS: | MAJURO, MARSHALL ISLAND MH96960<br>A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "MOSELLE"

| | |
|---|---|
| REGISTERED OWNERS: | MOSELLE SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "SAN JACINTO"

| | |
|---|---|
| REGISTERED OWNERS: | SAN JACINTO SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "AMAZON"

| | |
|---|---|
| REGISTERED OWNERS: | AMAZON SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "NECHES"

| | |
|---|---|
| REGISTERED OWNERS: | NECHES SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

## HANDYSIZE TANKERS:

### "TEVERE"

| | |
|---|---|
| REGISTERED OWNERS: | TEVERE SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "FOX"

| | |
|---|---|
| REGISTERED OWNERS: | FOX SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "GARONNE"

| | |
|---|---|
| REGISTERED OWNERS: | GARONNE SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |

| | |
|---|---|
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"LOIRE"**

| | |
|---|---|
| REGISTERED OWNERS: | LOIRE SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"SAONE"**

| | |
|---|---|
| REGISTERED OWNERS: | SAONE SHIPPIPNG LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"CHARENTE"**

| | |
|---|---|
| REGISTERED OWNERS: | CHARENTE SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"OHIO"**

| | |
|---|---|
| REGISTERED OWNERS: | OHIO SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"RHONE"**

| | |
|---|---|
| REGISTERED OWNERS: | RHONE SHIPPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"MADISON"**

| | |
|---|---|
| REGISTERED OWNERS: | MADISON SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"TRINITY"**

| | |
|---|---|
| REGISTERED OWNERS: | TRINITY SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND,<br>MAJURO, MARSHALL ISLAND MH96960 |

| | |
|---|---|
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"NEWBUILDING 1"**

| | |
|---|---|
| REGISTERED OWNERS: | TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |