UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
NURSAN METALURJI ENDUSTRISI A.S.,                  :         **ECF CASE**
                                                   :         **Case No.: 07 CIV 7687 (GBD)**
                Plaintiff,                         :
                                                   :
        -against-                                  :
                                                   :
M/V "TORM GERTRUD" her engines, tackle,            :
boilers, etc. *in rem*, M/V "NEW FLAME" her engines, :
tackle, boilers, etc. *in rem*,                    :
A/S DAMPSKIBSSELSKABET TORM, TRANSMAR              :
SHIPPING CO. S.A., GLADIATOR NAVIGATION S.A.,      :
*in personam*,                                     :
                                                   :
                Defendants.                        :
------------------------------------------------------------------------ X

## DEFENDANT A/S DAMPSKIBSSELSKABET TORM'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant A/S DAMPSKIBSSELSKABET TORM (a private non-governmental party) certifies that it has no parent corporation and there are no publicly held companies that own 10% or more of its stock.

Dated: New York, New York
       December 11, 2007

                                Respectfully submitted,

                                NICOLETTI HORNIG & SWEENEY
                                *Attorneys for Defendant*
                                *A/S DAMPSKIBSSELSKABET TORM*


                        By:         s/ James F. Sweeney
                                James F. Sweeney (JFS-7745)
                                Wall Street Plaza,
                                88 Pine Street, 7th Floor
                                New York, New York  10005-1801
                                Telephone No.:  (212) 220-3830
                                File No.:  00000798 (JFS/TLS)

**TO:**

Patrick F. Lennon, Esq.
Charles E. Murphy, Esq.
LENNON, MURPHY & LENNON, LLC
*Attorneys for Plaintiff*
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone No.: (212) 490-6050
Facsimile No.: (212) 490-6070
E-mail: pfl@lenmur.com; cem@lenmur.com


Peter J. Gutowski, Esq.
Gina M. Venezia, Esq.
FREEHILL HOGAN AND MAHAR LLP
*Attorneys for Gladiator Navigation S.A.*
80 Pine Street
New York , N.Y. 10005-1759
Telephone No.: 212-425-1900
Facsimile No.: 212-425-1901
E-mail: gutowski@freehill.com; venezia@freehill.com