UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
NURSAN METALURJI ENDUSTRISI A.S.,           :      ECF CASE
                                            :
              Plaintiff,                    :      Case No.: 07 CIV 7687 (GBD)
                                            :
       -against-                            :
                                            :      **NOTICE OF APPEARANCE**
M/V "TORM GERTRUD" her engines, tackle,     :
boilers, etc. *in rem*, M/V "NEW FLAME" her engines, :
tackle, boilers, etc. *in rem*,             :
A/S DAMPSKIBSSELSKABET TORM, TRANSMAR       :
SHIPPING CO. S.A., GLADIATOR NAVIGATION S.A., :
*in personam*,                              :
                                            :
              Defendants.                   :
------------------------------------------------------------------------ X

**TO THE CLERK OF THE COURT:**

      **PLEASE TAKE NOTICE**, the undersigned attorneys for the Defendant, A/S DAMPSKIBSSELSKABET TORM, respectfully request that an appearance be entered for Nicoletti Hornig & Sweeney, by William M. Fennell (WF-8895), an associate of the firm, and that he be added to the list of counsel on the electronic case notification list.

      The undersigned certifies that he is admitted to practice in this court.

Dated: New York, New York
       December 11, 2007

                             Respectfully submitted,

                             NICOLETTI HORNIG & SWEENEY
                             *Attorneys for Defendant*
                             *A/S DAMPSKIBSSELSKABET TORM*


              By:       s/ William M. Fennell
                   William M. Fennell (WF-8895)
                   Wall Street Plaza
                   88 Pine Street, 7th Floor
                   New York, New York  10005-1801
                   Telephone No.:  (212) 220-3830
                   File No.:  00000798 (JFS/TLS)

**TO:**

Patrick F. Lennon, Esq.
Charles E. Murphy, Esq.
LENNON, MURPHY & LENNON, LLC
*Attorneys for Plaintiff*
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone No.: (212) 490-6050
Facsimile No.: (212) 490-6070
E-mail: pfl@lenmur.com; cem@lenmur.com


Peter J. Gutowski, Esq.
Gina M. Venezia, Esq.
FREEHILL HOGAN AND MAHAR LLP
*Attorneys for Gladiator Navigation S.A.*
80 Pine Street
New York, N.Y. 10005-1759
Telephone No.: 212-425-1900
Facsimile No.: 212-425-1901
E-mail: gutowski@freehill.com; venezia@freehill.com