UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
NURSAN METALURJI ENDUSTRISI A.S.,  :  ECF CASE
                                   :
            Plaintiff,             :  Case No.: 07 CIV 7687 (GBD)
                                   :
     -against-                     :
                                   :  NOTICE OF MOTION FOR
M/V "TORM GERTRUD" her engines, tackle, :  PARTIAL SUMMARY
boilers, etc. *in rem*, M/V "NEW FLAME" her engines, : JUDGMENT BY DEFENDANT
tackle, boilers, etc. *in rem*,    :  A/S DAMPSKIBSSELSKABET
A/S DAMPSKIBSSELSKABET TORM, TRANSMAR :  TORM
SHIPPING CO. S.A., GLADIATOR NAVIGATION S.A., :
*in personam*,                     :
                                   :
            Defendants.            :
------------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that upon the Memorandum of Law and the accompanying Declaration of Terry L. Stoltz and exhibits thereto filed herein, defendant A/S DAMPSKIBSSELSKABET TORM ("Torm") will move this Honorable Court on the 28th day of January, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, for an order declaring that Torm's liability, if any, will be determined under the 1910 Collision Convention and granting Torm partial summary judgment accordingly. The said motion will be heard at the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       January 4, 2008

                              Respectfully submitted,

                              NICOLETTI HORNIG & SWEENEY
                              *Attorneys for Defendant*
                              *A/S DAMPSKIBSSELSKABET TORM*

                              By: /s/ Terry L. Stoltz
                              Terry L. Stoltz (TS 7650)
                              Wall Street Plaza
                              88 Pine Street, 7th Floor
                              New York, New York 10005-1801
                              Telephone No.: (212) 220-3830

**TO:**

Patrick F. Lennon, Esq.
Charles E. Murphy, Esq.
LENNON, MURPHY & LENNON, LLC
*Attorneys for Plaintiff*
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone No.: (212) 490-6050
Facsimile No.: (212) 490-6070
E-mail: pfl@lenmur.com; cem@lenmur.com


Peter J. Gutowski, Esq.
Gina M. Venezia, Esq.
FREEHILL HOGAN AND MAHAR LLP
*Attorneys for Gladiator Navigation S.A.*
80 Pine Street
New York , N.Y. 10005-1759
Telephone No.: 212-425-1900
Facsimile No.: 212-425-1901
E-mail:  gutowski@freehill.com; venezia@freehill.com

X:\Public Word Files\0\798\Legal\Summary Judgment\Motion for Summary Judgment re 1910 Convention -- Notice.doc (sa)

2