UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
NURSAN METALURJI ENDUSTRISI A.S.,                :       ECF CASE
                                                 :
                Plaintiff,                       :       Case No.: 07 CIV 7687 (GBD)
                                                 :
        -against-                                :
                                                 :
M/V "TORM GERTRUD" her engines, tackle,          :
boilers, etc. *in rem*, M/V "NEW FLAME" her engines, :
tackle, boilers, etc. *in rem*,                  :
A/S DAMPSKIBSSELSKABET TORM, TRANSMAR            :
SHIPPING CO. S.A., GLADIATOR NAVIGATION S.A.,    :
*in personam*,                                   :
                                                 :
                Defendants.                      :
------------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : SS.:
COUNTY OF NEW YORK   )

LAWRENCE R. MUNCK, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Defendant A/S DAMPSKIBSSELSKBET TORM. I am not a party to this action, am over 21 years of age and reside in Pleasantville, New York.

2. On January 4, 2008, I served a copy of the following:

    (1)  **Notice of Motion For Partial Summary Judgment By Defendant A/S Dampskibsselskabet Torm;**

    (2)  **Declaration of Terry L. Stoltz with exhibits;**

    (3)  **Local Civil Rule 56.1 Statement in Support of Defendant A/S Dampskibsselskabet Torm's Motion for Partial Summary Judgment Declaring that its Liability, if any, Will be Determined Under the 1910 Collision Convention;** and

(4)   Defendant A/S Dampskibsselskabet Torm's Memorandum of Law in Support of Its Motion for Partial Summary Judgment Declaring that Its Liability, if any, Will be Determined Under the 1910 Collision Convention.

upon the following:

> Peter J. Gutowski, Esq.
> Gina M. Venezia, Esq.
> FREEHILL HOGAN AND MAHAR LLP
> *Attorneys for Gladiator Navigation S.A.*
> 80 Pine Street
> New York , N.Y. 10005-1759
> Telephone No.: 212-425-1900
> Facsimile No.: 212-425-1901
> E-mail: gutowski@freehill.com; venezia@freehill.com

at the above mentioned address by personally delivering to and leaving said document with a clerk or other person in charge at the office of Freehill Hogan and Mahar LLP.

_____
LAWRENCE R. MUNCK

Sworn to before me this
4th day of January, 2008

_____
Notary Public

ROSEMARIE RUSSO
Notary Public, State of New York
No. 01RU4634359
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Dec. 31, 20__10

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
NURSAN METALURJI ENDUSTRISI A.S.,                :      ECF CASE
                                                 :
                        Plaintiff,               :      Case No.: 07 CIV 7687 (GBD)
                                                 :
        -against-                                :
                                                 :
M/V "TORM GERTRUD" her engines, tackle,          :
boilers, etc. *in rem*, M/V "NEW FLAME" her engines, :
tackle, boilers, etc. *in rem*,                  :
A/S DAMPSKIBSSELSKABET TORM, TRANSMAR             :
SHIPPING CO. S.A., GLADIATOR NAVIGATION S.A.,    :
*in personam*,                                   :
                                                 :
                        Defendants.              :
------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : SS.:
COUNTY OF NEW YORK   )

   LAWRENCE R. MUNCK, being duly sworn, deposes and says:

   1.   I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Defendant A/S DAMPSKIBSSELSKBET TORM. I am not a party to this action, am over 21 years of age and reside in Pleasantville, New York.

   2.   On January 4, 2008, I served a copy of the following:

   (1)   **Notice of Motion For Partial Summary Judgment By Defendant A/S Dampskibsselskabet Torm;**

   (2)   **Declaration of Terry L. Stoltz with exhibits;**

   (3)   **Local Civil Rule 56.1 Statement in Support of Defendant A/S Dampskibsselskabet Torm's Motion for Partial Summary Judgment Declaring that its Liability, if any, Will be Determined Under the 1910 Collision Convention;** and

    (4)    **Defendant A/S Dampskibsselskabet Torm's Memorandum of Law in Support of Its Motion for Partial Summary Judgment Declaring that Its Liability, if any, Will be Determined Under the 1910 Collision Convention.**

upon the following:

> Patrick F. Lennon, Esq.
> Charles E. Murphy, Esq.
> LENNON, MURPHY & LENNON, LLC
> *Attorneys for Plaintiff*
> The GrayBar Building
> 420 Lexington Avenue, Suite 300
> New York, New York 10170
> Telephone No.: (212) 490-6050
> Facsimile No.: (212) 490-6070
> E-mail: pfl@lenmur.com; cem@lenmur.com

at the above mentioned address by personally delivering to and leaving said document with a clerk or other person in charge at the office of Lennon, Murphy & Lennon, LLC.

_____
LAWRENCE R. MUNCK

Sworn to before me this
4th day of January, 2008

_____
Notary Public

ROSEMARIE RUSSO
Notary Public, State of New York
No. 01RU4634359
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Dec. 31, 20__ 10

2