EXHIBIT A

EXHIBIT A

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
NURSAN METALURJI ENDUSTRISI, A.S.,

                Plaintiff,

    -against-

M/V "TORM GERTRUD" her engines, tackle,
boilers, etc. *in rem*, M/V "NEW FLAME" her engines,
tackle, boilers, etc. *in rem*,
A/S DAMPSKIBSSELSKABET TORM, TRANSMAR
SHIPPING CO. S.A., GLADIATOR NAVIGATION S.A.,
*in personam*,

                Defendants.
------------------------------------------------------------------x

Case No.: 07 CIV 7687 (GBD)

**DECLARATION OF
JAMES F. SWEENEY**

JAMES F. SWEENEY declares as follows:

1. I am an attorney at law, duly admitted to practice in this Honorable Court and am a member of the firm of NICOLETTI HORNIG & SWEENEY, attorneys for defendants A/S DAMPSKIBSSELSKABET TORM and the M.T. TORM GERTRUD *in rem* (collectively "Torm").

2. I make this Declaration in support of Torm's motion to dismiss for lack of *in personam* jurisdiction and/or for *forum non conveniens*.

3. Attached hereto as Exhibit A is a true and correct copy of the Government of Gibraltar's 21 August 2007 Press Release.

4. Attached hereto as Exhibit B is a true and correct copy of the Government of Gibraltar's 14 September 2007 Press Release.

5. Attached hereto as Exhibit C is a true and correct copy of the "Vessel Entrance or Clearance Statement" for the M/V NEW FLAME.

6. Attached hereto as Exhibit D is a true and correct copy of the Judicial Caseload Profile Report for U.S. District Court for the Southern District of New York, available at http://www.uscourts.gov/cgi-bin/cmsd2006.pl.

7. For further information concerning the subject casualty, please see http://en.wikipedia.org/wiki/M/V_New_Flame.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7 December 2007
New York, New York

_____
JAMES F. SWEENEY

X:\Public Word Files\0\798\Legal\Declaration.Sweeney.doc

2

Exhibit A



**GOVERNMENT OF GIBRALTAR**
Ministry for Trade, Industry, Employment and Communications
Suite 771
Europort
Gibraltar

## PRESS RELEASE

No. 188/2007

Date. 21 August 2007

The operation to salvage the stricken bulk-carrier MV "New Flame" was halted yesterday evening when the salvage team became aware that the vessel had become unstable and in danger of breaking.

The Salvage Master instructed the Salvage Team to evacuate the vessel and transfer to the tug "Fotiy Krylov" which has been assisting in the operation since its arrival in Gibraltar last Sunday. The likely outcome is that the vessel will break in two due to the effects of swell and tides. Should this happen, the likely course of action is for the aft section of the vessel to be towed into a place of safety.

It is envisaged that, operational safety permitting, a dive survey will be conducted later today to assess the situation. The results of the survey will determine the course of action to follow.

The Salvage Master has assured the Government that the breaking up of the vessel would cause the aft section to float and all the remaining fuel onboard will remain safely intact in the storage tanks. Throughout this operation an offshore oil boom and other necessary oil response equipment have been deployed at the scene in the unlikely event that this should be required.

Telephone: (350) 52052 Centrex 2750; Fax: (350) 70029; e-mail: info@dtti.gov.gi

Exhibit B



## GOVERNMENT OF GIBRALTAR
### PRESS OFFICE
No.6 Convent Place
Gibraltar
Tel: 70071; Fax: 74524

## PRESS RELEASE

No. 206 /2007

Date. 14th September 2007

**Page1 of 2**

### MV New Flame

The operation to remove the fuel from the vessel has been successfully completed. 780 cubic metres of fuel has been removed in just 30 days, despite the exposed location of the vessel and the loss of 10 days due to inclement weather. No fuel has been spilled from the New Flame into the sea. The Gibraltar Government would like to congratulate the salvage Company, TSAVLIRIS of Greece for the successful completion of this important part of the salvage operation.

The salvage operation now moves into its next phase which is the removal of the ship. Due to structural degradation suffered by the vessel during the collision and subsequently, it will not be possible to extract the ship in one piece. The ship will therefore have to be cut into two sections, at a point about one-third of its length, from the bow, just forward of No2 crane.

The stern section, comprising two thirds, of the ships' length and three cargo holds will be removed first. This section will float and will be towed away to safe waters in the Bay of Gibraltar where some of her cargo will be removed at anchorage to enable her to be brought alongside. Once alongside the remainder of the cargo will be unloaded and the stern section towed into Cammell Laird Gibraltar Dry Docks.

The bow section, consisting of about 1/3 of the ship's length and two cargo holds will then be removed, in sections, including the cargo, which consists of non-oil scrap metal.

These salvage operations are currently being engineered. The removal of the stern section could begin in around three weeks time, and will take about one month to complete. The operation to remove the whole of the ship might

take upto 6 months, subject to weather conditions. This phase of the operation does not represent a risk of a pollution event.

During the salvage operation the site will be marked by four lit wreck buoys in the normal manner, and a one-mile exclusion zone maintained.

The Gibraltar Government wishes to express its gratitude and appreciation to the Spanish authorities and to the European Maritime Safety Agency for their offers of support and collaboration should it be needed.

# Exhibit C

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

Approved OMB. No 1651-0019

## VESSEL ENTRANCE OR CLEARANCE STATEMENT
19 CFR Part 4

☐ ENTRANCE   ☑ CLEARANCE

See back for instructions

TRADE CODES (see back)   Check One: ☐1 ☐2 ☐3 ☐4 ☐5 ☐6

| Field | Value |
|---|---|
| 1. Manifest No. | |
| 2. Port of Arrival/Departure | NEW YORK, NY |
| 3. Date & Time Of Arrival/Departure | 07/31/07 1200 hrs |
| 4. Vessel Operating Draft (in feet and inches) | 37 ft. in. |
| 5. Nationality, Name and Type of Vessel | ~~MALTA~~ Panama / M/V NEW FLAME / 229. Bulk Carrier |
| 6. Vessel Built at/Year | KOREA / 1994 |
| 7. Name Address & Phone No. of Ship's Agent | New England Shipping Co., Inc. / 126 Tyler Street / Port Newark, NJ 07114 / 201-946-0366 |
| 8. Name & Country of Owner | GLADIATOR NAVIGATION S.A. / PANAMA |
| 9. Name & Country of Operator | SAME AS #8 |
| 10. Gross Tonnage | 26824 |
| 11. Net Tonnage | 13805 |
| 12. Port Arrived From / Departed For | ISKERDERUN, TURKEY |
| 13. IMO# | |
| Official # | |
| Call Sign | |

14. List All Dock Locations: CLAREMONT TERMINAL, JERSEY CITY, NJ / BAYRIDGE FLATS

15. Particulars of Voyage: DNEPROBUSKIY, UKRAINE / ELEUSIS, GREECE / PORT NEWARK, NJ / JERSEY CITY, NJ / ISKERDERUN, TURKEY

16. Brief Description of Cargo: LOADING STEEL SCRAP

17. ☑ Check If Incomplete Manifest for Export
    ☐ Check If Licensed Cargo Loaded
    ☐ Check If Complete Manifest for Export

18. No. of Crew: ~~20~~ 23
19. No. of Passengers: 1
20. List All Carriers on board by SCAC Code:

21. Tonnage Mark: ☑ None ☐ Submerged ☐ Not Submerged
22. Bunkers: Type, Barrels, Value: -

23. Load Line Expires: 64
24. Solas Certificate Expires: 64
25. Passengers Allowed Per Coast Guard Certificate: 0
26. Number of Passengers Embarking/Disembarking: 0

27. Cert. Of Fin. Resp. No (Oil Pollution) and Exp. Date: 64
28. Cert. of Fin. Resp. (Passenger Death/Injury):
29. Cert. of Fin. Resp. (Passenger Transportation Indemnification):

30. PURPOSE OF ENTRANCE OR CLEARANCE:
☐ D (Discharge Foreign Cargo)
☐ X (Export Cargo Aboard On Arrival)
☑ L (Lade Cargo For Export)
☐ F (FROB - Foreign Cargo To Remain On Board)
☐ N (No Cargo Transactions)
☐ Y (Military Cargo For Discharge/to be Laden)

31. Print and Sign Name of Master, Authorized Agent or Officer, Date:
CAPT. DIMITRIOU KONSTANTINOS 07/31/07 X

FOR CBP USE ONLY

32. ☐ CBP User Fee Paid Up*
33. ☐ APHIS User Fee Paid Up*
34. ☐ Tonnage Tax Paid Up*

35. Cash Receipt, CF 368 or Transaction No:
36. Total Fees Collected:
37. Port Entered / Cleared, Time and Date: 7/31

38. CBP Officer Remarks:

39. Signature and Title of Officer Receiving Entry/Granting Clearance:
b6, b7c

*Check boxes only if fees not collected

CBP Form 1300 (02/02)

Exhibit D

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW YORK SOUTHERN** | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | Numerical Standing | |
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 12,201 | 12,945 | 12,422 | 12,321 | 13,937 | 12,783 | | |
| | Terminations | | 11,339 | 11,346 | 11,471 | 10,780 | 12,618 | 11,247 | | |
| | Pending | | 20,047 | 19,302 | 17,638 | 17,275 | 16,198 | 15,818 | | |
| | % Change in Total Filings | Over Last Year | -5.8 | | | | | | 56 | 5 |
| | | Over Earlier Years | | -1.8 | -1.0 | -12.5 | -4.6 | | 59 | 2 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months** | | 2.0 | 6.3 | 8.8 | 33.3 | 15.8 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 435 | 462 | 444 | 441 | 498 | 457 | 43 | 3 |
| | | Civil | 385 | 409 | 388 | 381 | 441 | 420 | 21 | 3 |
| | | Criminal Felony | 34 | 40 | 44 | 47 | 48 | 37 | 87 | 6 |
| | | Supervised Release Hearings** | 16 | 13 | 12 | 13 | 9 | - | 64 | 5 |
| | Pending Cases | | 716 | 689 | 630 | 617 | 579 | 565 | 8 | 2 |
| | Weighted Filings** | | 501 | 551 | 527 | 513 | 539 | 560 | 28 | 3 |
| | Terminations | | 405 | 405 | 410 | 385 | 451 | 402 | 55 | 3 |
| | Trials Completed | | 13 | 15 | 16 | 17 | 15 | 15 | 71 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 16.7 | 14.5 | 11.9 | 11.8 | 13.3 | 12.3 | 93 | 6 |
| | | Civil** | 8.3 | 8.8 | 8.1 | 8.4 | 8.3 | 7.2 | 23 | 1 |
| | From Filing to Trial** (Civil Only) | | 25.7 | 22.0 | 26.8 | 22.6 | 23.0 | 24.4 | 48 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 3,107 | 2,652 | 1,656 | 1,312 | 1,230 | 1,585 | | |
| | | Percentage | 18.4 | 16.7 | 11.6 | 9.2 | 9.2 | 12.1 | 89 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.9 | 1.7 | 1.5 | 1.5 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 96.33 | 99.86 | 88.01 | 82.96 | 83.28 | 73.12 | | |
| | | Percent Not Selected or Challenged | 60.4 | 62.0 | 53.1 | 54.8 | 61.9 | 53.2 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 10793 | 230 | 767 | 1147 | 88 | 38 | 945 | 2257 | 1622 | 835 | 1374 | 66 | 1424 |
| Criminal* | 943 | 5 | 269 | 170 | 111 | 225 | 29 | 28 | 11 | 24 | 24 | 9 | 38 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

http://www.uscourts.gov/cgi-bin/cmsd2006.pl

11/26/2007