EXHIBIT C

EXHIBIT C

EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NURSAN METALURJI ENDUSTRISI, A.S.,

                Plaintiff,

       -against-

M/V "TORM GERTRUD" her engines, tackle,
boilers, etc. *in rem*, M/V "NEW FLAME" her engines,
tackle, boilers, etc. *in rem*,
A/S DAMPSKIBSSELSKABET TORM, TRANSMAR
SHIPPING CO. S.A., GLADIATOR NAVIGATION S.A.,
*in personam*,

                Defendants.
-----------------------------------------------------------------x

Case No.: 07 CIV 7687 (GBD)

**DECLARATION OF**
**ANNE MENTZ HANSEN**

Pursuant to 28 U.S.C. § 1746, ANNE MENTZ HANSEN, declares as follows:

1. I am the Claims Manager of the Insurance and Claims Department of defendant A/S Dampskibsselskabet Torm ("Torm"). I make this declaration in support of Torm's motion to dismiss the Verified Complaint on the basis of my own personal knowledge and information derived from the files of Torm.

2. Torm is a corporation organized and existing pursuant to the laws of Denmark with its principal place of business at 18 Tuborg Havnevej, Hellerup, Denmark. Torm does not have an office or telephone listing in New York. It is not licensed or authorized to do business in New York and has not appointed an agent to accept service of process on its behalf. It does not own any real or personal property or maintain a bank account in New York. Furthermore, Torm does not regularly advertise or solicit business in New York.

3. Torm owns, operates or manages about 130 vessels, comprised of two types of vessels, i.e. dry bulk carriers and product tankers. A list of the vessels owned by Torm is attached as Exhibit 1. The TORM GERTRUD is a product tanker.

4.  Torm is the owner of the TORM GERTRUD. The vessel is not now within the jurisdiction of this Court and has not been in The Port of New York since February 2005. The vessel is currently not scheduled to call in The Port of New York.

5.  A number of the vessels in the Torm fleet are bareboat or time chartered to other companies. Under those charters, the vessels sail under the direction of the charterers.

6.  The voyage-chartered vessels are operated by Torm, who maintains records of where the vessels call. During the last twelve months, nine of the voyage-chartered vessels (three of which were not actually owned by Torm) have been directed by Torm's charterers to call in The Port of New York a total of 21 times (7 of the calls were by the three vessels not owned by Torm). When Torm's voyage-chartered vessels call in The Port of New York, they have loaded or discharged cargoes belonging to Torm's customers at the following terminals[1]:

- Kinder Morgan Terminal in Carteret, New Jersey;
- Motiva Terminal in Sewarin, New Jersey;
- Conoco Phillips in Linden, New Jersey;
- IMTT in Bayonne or Linden, New Jersey;
- Amerada Hess in Bayonne or Port Reading, New Jersey;
- NuStar Terminal in Linden, New Jersey; and
- Valero-Citco Terminal in Linden, New Jersey.

There are no records of any Torm vessel having called at a Terminal in the State of New York in the past twelve months.

7.  According to Torm's accounting records, it has not earned any income from customers in New York in the last year. Torm's accounting records identify its

---

[1] Some of the vessels may have performed lighterage to barges at Stapleton Anchorage before proceeding to the individual terminal.

suppliers/vendors by their home countries. Those records show that for the one year period from July 1, 2006 to June 30, 2007, only 0.01% of the total amount of all the invoices to Torm from its suppliers/vendors were from suppliers/vendors in the entire United States. Torm's accounting records relating to suppliers of bunkers, *i.e.* the fuel used to operate the vessel's engines and machinery, identify the ports where the bunkers were supplied. For the one year period from July 1, 2006 to June 30, 2007, only 1.09% of all the bunkers were supplied to Torm in The Port of New York.

8. The TORM GERTRUD was not one of the vessels that called in The Port of New York during the last twelve months. In the past, the TORM GERTRUD has called in The Port of New York ten times. The last time she was in The Port of New York was in February, 2005. To the best of Torm's knowledge, none of the calls by TORM GERTRUD were at a terminal within the State of New York.

9. At the time of the collision off Gibraltar, the TORM GERTRUD was performing a voyage under a Contract of Affreightment. The vessel had loaded a full cargo of gasoline at Augusta, Italy and was nearing Algeciras, Spain to perform a crew change at the time of the collision. The vessel was eventually bound for the East Coast of the United States for final discharge orders. The voyage charterers had preliminarily indicated the port of discharge was to be Port Everglades, Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 6, 2007.

                                                                                   _____
                                                                                   ANNE MENTZ HANSEN
                                                                                   A/S DAMPSKIBSSELSKABET TORM

X:\Public Word Files\0\798\Legal\TormDeclaration.doc

Exhibit 1

# Insured, Co-Insured and Mortgagees, Torm Fleet, January 2007

## *TANKERS:*

**"TORM HELENE"**
OWNERS/MANAGERS AND
OPERATORS:          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM GOTLAND"**
OWNERS/MANAGERS AND
OPERATORS:          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM GUNHILD"**
OWNERS/MANAGERS AND
OPERATORS:          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM ANNE"**
OWNERS:             TORM SINGAPORE PTE. LTD., SINGAPORE
                    C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK
MANAGERS AND OPERATORS:  A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM MARY"**
OWNERS/MANAGERS AND
OPERATORS:          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM VITA"**
OWNERS/MANAGERS AND
OPERATORS:          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM GERTRUD"**
OWNERS/MANAGERS AND
OPERATORS:          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM GERD"**
OWNERS/MANAGERS AND
OPERATORS:          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM THYRA"**
OWNERS/MANAGERS AND
OPERATORS:          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK
                    DANMARKS SKIBSKREDIT A/S, SKT. ANNAE PLADS 1-3, P.O.BOX

**"TORM FREYA"**
OWNERS/MANAGERS AND
OPERATORS:          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM VALBORG"**
OWNERS/MANAGERS AND
OPERATORS:          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM INGEBORG"**
OWNERS/MANAGERS AND
OPERATORS:                                       A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM ESTRID"**
OWNERS/MANAGERS AND
OPERATORS:                                       A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM ISMINI"**
OWNERS/MANAGERS AND
OPERATORS:                                       A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM SARA"**
OWNERS:                                          TORM SINGAPORE PTE. LTD., SINGAPORE
                                                 C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK
MANAGERS AND OPERATORS:                          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM SIGNE"**
OWNERS:                                          TORM SINGAPORE PTE. LTD., SINGAPORE
                                                 C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK
MANAGERS AND OPERATORS:                          A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM HELVIG"**
OWNERS/MANAGERS AND
OPERATORS:                                       A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM RAGNHILD"**
OWNERS/MANAGERS AND
OPERATORS:                                       A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM CECILIE"**
OWNERS/MANAGERS AND
OPERATORS:                                       A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM EMILIE"**
OWNERS/MANAGERS AND
OPERATORS:                                       A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM CAROLINE"**
OWNERS/MANAGERS AND
OPERATORS:                                       A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM CAMILLA"**
OWNERS/MANAGERS AND
OPERATORS:                                       A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM CARINA"**
OWNERS/MANAGERS AND
OPERATORS:                                       A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK

**"TORM CLARA"**

| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM SOFIA"**

| | |
|---|---|
| OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM GUDRUN"**

| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM KRISTINA"**

| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM MARGRETHE"**

| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM MARIE"**

| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM UGLAND"**

| | |
|---|---|
| OWNERS: | UT SHIPOWNING K/S |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM MARGIT"**

| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM VENTURE"**

| | |
|---|---|
| OWNERSMANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM METTE"**

| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

## *BULKERS:*

**"TORM MARTA"**

| | |
|---|---|
| OWNERS/MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"TORM MARLENE"**

| | |
|---|---|
| OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE |

|  | C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
|---|---|
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "TORM BALTIC"

| OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE |
|---|---|
|  | C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "TORM TINA"

| OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE |
|---|---|
|  | C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "TORM ROTNA"

| OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE |
|---|---|
|  | C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "TORM ANHOLT"

| OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE |
|---|---|
|  | C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

## VESSELS UNDER TECHNICAL MANAGEMENT:

### "TORM ANN-MARIE"

| OWNERS: | 50% OWNER: REDERI AB GOTLAND, P.O. BOX 1104, S-62122, VISBY, SWEDEN |
|---|---|
|  | 50% OWNER: REDERI AB GUTE c/o REDERI AB GOTLAND |
| BAREBOAT CHARTERERS: | AM SHIPPING LTD., 29 RETIREMENT ROAD, P.O. BOX N-7123, NASSAU, BAHAMAS |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "TORM ANNA"

| OWNERS: | REDERI AB TORSBURGEN, C/O REDERI AB GOTLAND P.O.BOX 1104, S-62122 VISBY, SWEDEN |
|---|---|
| BAREBOAT CHARTERERS: | HM SHIPPING LTD., 29 RETIREMENT ROAD, P.O.BOX N-7123, NASSAU, BAHAMAS |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "BEL TAYLOR"

| OWNERS: | FRIGATE SHIPPING INC., MARSHALL ISLANDS |
|---|---|
| TECHNICAL MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "NORDIC LISBETH"

| OWNERS: | NORDIC TANKERS A/S, DENMARK |
|---|---|
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### "GOTLAND CAROLINA"

| | |
|---|---|
| OWNERS: | REDERI AB KLINTEHAMN, BOX 1104, 621 22 VISBY, GOTLANDS LÄN, SWEDEN |
| BAREBOAT CHARTERERS: | CM SHIPPING LTD., NASSAU |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

**"GOTLAND SOFIA"**

| | |
|---|---|
| OWNERS: | REDERI AB GOTLAND, P.O. BOX 1104, S-62122, VISBY, SWEDEN |
| BAREBOAT CHARTERERS: | SM SHIPPING LTD., BAHAMAS |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

### *Newbuildings 2007*

**DALIAN 1100-29"** (TORM MARINA)

| | |
|---|---|
| OWNERS: | TT SHIPOWNING K/S |
| MANAGERS AND OPERATORS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |

## VESSELS ON BAREBOAT TO ARRENDADORA OCEAN MEXICANA S.A. DE C.V.:

**"TORM ALICE"**

| | |
|---|---|
| REGISTERED OWNERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| B/B-CHARTERERS: | TORM SINGAPORE PTE. LTD., SINGAPORE |
| LEASE FINANCIAL AGREEMENT: | ARRENDADORA OCEAN MEXICANA S.A. DE C.V. |

**"TORM AGNETE"**

| | |
|---|---|
| REGISTERED OWNERS: | TORM SINGAPORE PTE. LTD., SINGAPORE C/O A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| B/B-CHARTERERS: | ARRENDADORA OCEAN MEXICANA S.A. DE C.V. |

## *LR1 TANKERS:*

**"OTTAWA"**

| | |
|---|---|
| REGISTERED OWNERS: | TAILWIND TANKERS PTE. LTD |
| BAREBOAT CHARTERERS: | OTTAWA SHIPPING LLC TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK TORM USA LLC, BERMUDA |

**"TAMAR"**

| | |
|---|---|
| REGISTERED OWNERS: | TAILWIND TANKERS PTE. LTD |

|   |   |
|---|---|
| BAREBOAT CHARTERERS: | TAMAR SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

## MR - TANKERS:

### "WABASH"

|   |   |
|---|---|
| REGISTERED OWNERS: | WABASH SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "KANSAS"

|   |   |
|---|---|
| REGISTERED OWNERS: | KANSAS SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "REPUBLICAN"

|   |   |
|---|---|
| REGISTERED OWNERS: | REPUBLICAN SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "PLATTE"

|   |   |
|---|---|
| REGISTERED OWNERS: | PLATTE SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "THAMES"

|   |   |
|---|---|
| REGISTERED OWNERS: | THAMES SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| TECHNICAL MANAGERS AND COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "HORIZON"

|   |   |
|---|---|
| REGISTERED OWNERS: | HORIZON SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

### "ROSETTA"

|   |   |
|---|---|
| REGISTERED OWNERS: | ROSETTA SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, |

|  |  |
|--|--|
| | MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| | TORM USA LLC, BERMUDA |

**"MOSELLE"**

| | |
|--|--|
| REGISTERED OWNERS: | MOSELLE SHIPPING LLC |
| | TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, |
| | MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| | TORM USA LLC, BERMUDA |

**"SAN JACINTO"**

| | |
|--|--|
| REGISTERED OWNERS: | SAN JACINTO SHIPPING LLC |
| | TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, |
| | MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| | TORM USA LLC, BERMUDA |

**"AMAZON"**

| | |
|--|--|
| REGISTERED OWNERS: | AMAZON SHIPPING LLC |
| | TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, |
| | MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| | TORM USA LLC, BERMUDA |

**"NECHES"**

| | |
|--|--|
| REGISTERED OWNERS: | NECHES SHIPPING LLC |
| | TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, |
| | MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| | TORM USA LLC, BERMUDA |

## *HANDYSIZE TANKERS:*

**"TEVERE"**

| | |
|--|--|
| REGISTERED OWNERS: | TEVERE SHIPPING LLC |
| | TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, |
| | MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| | TORM USA LLC, BERMUDA |

**"FOX"**

| | |
|--|--|
| REGISTERED OWNERS: | FOX SHIPPING LLC |
| | TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, |
| | MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK |
| | TORM USA LLC, BERMUDA |

**"GARONNE"**

| | |
|--|--|
| REGISTERED OWNERS: | GARONNE SHIPPING LLC |
| | TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, |
| | MAJURO, MARSHALL ISLAND MH96960 |

|                      |                                                                                                   |
|----------------------|---------------------------------------------------------------------------------------------------|
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA                           |

**"LOIRE"**

| | |
|---|---|
| REGISTERED OWNERS: | LOIRE SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"SAONE"**

| | |
|---|---|
| REGISTERED OWNERS: | SAONE SHIPPIPNG LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"CHARENTE"**

| | |
|---|---|
| REGISTERED OWNERS: | CHARENTE SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"OHIO"**

| | |
|---|---|
| REGISTERED OWNERS: | OHIO SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"RHONE"**

| | |
|---|---|
| REGISTERED OWNERS: | RHONE SHIPPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"MADISON"**

| | |
|---|---|
| REGISTERED OWNERS: | MADISON SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"TRINITY"**

| | |
|---|---|
| REGISTERED OWNERS: | TRINITY SHIPPING LLC<br>TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |

| | |
|---|---|
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |

**"NEWBUILDING 1"**

| | |
|---|---|
| REGISTERED OWNERS: | TRUST COMPANY COMPLEX, AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLAND MH96960 |
| COMMERCIAL MANAGERS: | A/S DAMPSKIBSSELSKABET TORM, HELLERUP, DENMARK<br>TORM USA LLC, BERMUDA |