# EXHIBIT D

# EXHIBIT D

# EXHIBIT D

# Terry L. Stoltz

**From:** julian.triay@triay.com
**Sent:** Sunday, December 23, 2007 7:12 AM
**To:** Jakob Rosing; Andrew Cutler; Ken Scott; Ann; Terry L. Stoltz
**Subject:** Fw: New Flame

**Attachments:** ATT5012901.htm



ATT5012901.htm (3 KB)

```
            Jakob please see attached newspaper article.
Happy christmas
Regards
Julian


---

-----Original Message-----
From: "Julian Triay" <Julian.Triay@triay.com>

Date: Sun, 23 Dec 2007 12:12:31
To:"Julian Triay" <Julian.Triay@triay.com>
Subject: FW: New Flame




NEW FLAME SNAPS IN TWO
by Brian Reyes
The crippled cargo ship New Flame broke in two following severe weather over the past few
days.


The stern section is now detached from the bow and is expected to sink to the seabed in
about 27 m of water.
The salvage tug Fotiy Krylov remains at the scene and is
attached to the stern section.
Although some light lubricants have spilt into the sea, the New Flames fuel tanks were
emptied of heavy oils weeks ago and were sealed shut.
"If there is heavy fuel oil on any beach, it is not from the New Flame," said Chief
Minister Peter Caruana, responding to reports of oil on beaches near Algeciras.
Anti pollution resources have been deployed to the scene as a precautionary measure. Spain
has offered assitance and specialist tugs should they be needed.
Gibraltar authorities are liaising closely with their Spanish counterparts.
A contract is expected to be awarded before the end of the year to a company that will
remove the wreck.


-----Original Message-----
From: Loma del Chino [mailto:lomadelchino@vsatmail.com]
Sent: Sun 23/12/2007 11:50
To: Julian Triay
Cc:
Subject: New Flame


Pelu
```

No sure if you've heard but she has sunk quite a bit by the stern.

JOHN

Triay & Triay
28 Irish Town,
Gibraltar.

Tel:   +350 72020     Fax:   +350 72270     Web:   www.triay.com

CONFIDENTIALITY NOTICE
The contents of this e-mail are confidential to the addressee and may be privileged. If you are not the addressee of this e-mail you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. If you have received this e-mail in error please email the sender by replying to this message.