UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NURSAN METALURJI ENDUSTRISI A.S.          ORDER
                                                                         07 Civ. 07687 (GBD)
                      Plaintiff,

     -against-

M/V TORM GERTRUD, et al.

                     Defendants.
------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

       Plaintiff's requests by letter dated January 14, 2008, to convert Torm's Motion to Dismiss into one for summary judgment and to consolidate Torm's Motion to Dismiss with its Motion for Summary Judgment are denied.

       Plaintiff is granted a twenty-day extension of time to respond to defendants' Motion to Dismiss, and need not respond to the summary judgment motion until after a decision is rendered on defendants' pending motion to dismiss.

Dated: New York, New York                             SO ORDERED:
        January 17, 2008

                                                                             _____
                                                                             GEORGE B. DANIELS
                                                                             United States District Judge