EXHIBIT "3"

14-AUG-2007 15:24   FROM NURSAN CELIK                    TO  02165674844                P.09

CODE NAME: "CONGENBILL", EDITION 1994

Shipper:
SIMS GROUP GLOBAL TRADE CORPORATION
110 FIFTH AVENUE, SUITE 700
NEW YORK, NY 10011-5614 U.S.A

B/L No ONE

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

Consigned To the Order of
FINANSBANK AS-CUKUROVA BRANCH

Notify:
NURSAN METALURJI ENDUSTRISI A.S.
ORGANIZE SANAYI BOLGESI
31900 PAYAS DORTYOL
HATAY TURKEY

**NON-NEGOTIABLE**

Vessel
M/V "NEW FLAME"

Port of loading
U.S.A. PORT OF NEW YORK

Port of Discharge
ISKENDERUN/TURKEY

Shipper's description of goods

Gross weight
42,200.15 MT

10,474.00 MT HMS NO: 1 AND HMS NO: 2
31,726.15 MT SHREDDED SCRAP

FREIGHT PAYABLE AS PER CHARTER PARTY

FINANSBANK A.S. L/C CREDIT NUMBER 00016MC000105

SHIPPED CLEAN ON BOARD AND UNDER DECK ON JULY 31, 2007

THESE COMMODITIES ARE LICENSED BY THE U.S. FOR
ULTIMATE DESTINATION TURKEY. DIVERSION CONTRARY
TO U.S. LAW PROHIBITED.

(of which NA   on deck at Shipper's risk the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per Charter Party dated JULY 11, 2007<br><br>All other terms, conditions and exceptions as per Charter Party dated JULY 11, 2007<br><br>This being a full and complete cargo; to be discharged at the port of delivery by buyer.<br><br>Flag: PANAMA | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br><br>Weight, measure, quality, quantity, condition, contents and value unknown.<br><br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| | Place and date of issue<br>U.S.A. PORT OF NEW YORK<br>JULY 31, 2007 |
| | 3 (THREE)<br>NEW ENGLAND SHIPPING CO.<br>AS AGENT FOR MASTER<br>MASTER: KONSTANTINOS DIMITRIOU |