EXHIBIT "4"

Case 1:07-cv-07687-GBD    Document 20-5    Filed 01/22/2008    Page 2 of 2

**NASDAQ®**    My NASDAQ | Portfolio Tracker | Ticker | NASDAQ Corporate      Search [go]
○ Web  ○ NASDAQ.com

Feedback

**Currency trading**
Forex trading involves substantial risk of loss, and may not be suitable for everyone.

Jan 18, 2008
US Market Closed

Sign In
NASDAQ 2340.02  -6.88 ▼ -0.29% | DJIA 12099.3  -59.91 ▼ -0.49% | S&P 1325.19  -8.06 ▼ -0.6%
Home › Quotes+ › InfoQuotes

Join TD AMERITRADE

**Quotes**
- FlashQuotes
- InfoQuotes
- SummaryQuotes
- Company News
- Charts
- Company Financials
- Revenue / EPS Summary
- Pre-Market Quotes
- After Hours Quotes
- Analyst Stock Research
- Back    Search



## InfoQuotes                                [ADD] [EDIT SYMBOL LIST]


**TORM**

Aktieselskabet Dampskibsselskabet Torm | TRMD
Portfolio Tracking  Ticker  Alerts

InfoQuotes ▼

News | Price Charts | Hoovers Profile | Annual Report | Stock Consultant

Stock Report | Company Filings | Holdings/Insider | Equity Options | Extended Trading | Guru Analysis | Company Financials

Jan. 18, 2008 Market Closed
American Depositary Shares                              Market : NASDAQ-GS

| | | | |
|---|---|---|---|
| Last Sale: | $ 29.27 | Net Change: | 0.77 △ 2.7% |
| Share Volume: | 16,039 | Previous Close: | $ 28.50 |
| Today's High: | $ 29.6499 | Today's Low: | $ 28.90 |
| Best Bid: | N/A | Best Ask: | N/A |
| 52 Week High: | $ 47.10 | 52 Week Low: | $ 28.20 |
| P/E Ratio: | N/A | Shares Outstanding: | 72,800,000 |
| Earnings Per Share (EPS): | N/A | Market Value: | $ 2,130,856,000 |
| NASDAQ Official Open Price: | $ 29.06 | Date of Open Price: | Jan. 18, 2008 |
| NASDAQ Official Close Price: | $ 29.27 | Date of Close Price: | Jan. 18, 2008 |




Updated 01/18/08 03:52 PM CST
Only Lead Month Shown
CME E-mini™ NASDAQ-100®
Last  1849.50P   Change  —

  

**Ads by Google**
**20% off Credit Scores**
Get all 3 of your FICO scores - the credit score that lenders use.
www.myFICO.com

NASDAQ Stocks: Information delayed 15 minutes. Non-NASDAQ Stocks and All Options:
Information delayed 20 minutes. Bid and Ask quotation information for NYSE and AMEX
securities is only available on a real time basis.

* FTSE RAFI 1000 is calculated and disseminated during U.S. Market hours and FTSE All-World
ex-US is calculated and disseminated during U.K. Market hours.

Get Free Annual Reports | © Copyright | Disclaimer | Trademarks | Privacy Statement | Contact Us | Help | Search | [+] Feedback