# EXHIBIT "6"

# Select A Case

**This person is a party in 15 cases.**

| Case | Title | Filed | Closed |
|---|---|---|---|
| 1:01-cv-02038-DLC | Intl. Marine v. M.V. Torm Freya, et al | filed 03/09/01 | closed 09/04/01 |
| 1:01-cv-04353-SHS | Commercial Union v. Amobelge Shipping, et al | filed 05/22/01 | closed 01/30/02 |
| 1:01-cv-06098-WHP | International Marine v. M/V Torm Freya, et al | filed 07/05/01 | closed 01/24/02 |
| 1:02-cv-08856-KMW | Pro-Air Mechanical v. Torm Lines, et al | filed 11/07/02 | closed 12/03/03 |
| 1:03-cv-07283-GEL | Consolidated Africa v. Torm Lines, et al | filed 09/18/03 | closed 01/12/04 |
| 1:90-cv-00257-DNE | Westway-Merkuria Cor v. S Dalmatinac, et al | filed 01/17/90 | closed 06/21/90 |
| 1:90-cv-03714-MJL | Mutuelle Centrale v. Mv S. Matavuli | filed 05/31/90 | closed 04/08/91 |
| 1:90-cv-05945-JES | Lewis & Peat v. M.V. Torm Africa, et al | filed 09/14/90 | closed 02/25/92 |
| 1:91-cv-05364-PNL | Royal Insur. Co of A v. A/S Dampskibsselskab | filed 08/07/91 | closed 12/03/91 |
| 1:93-cv-06408-KMW | Erex Corporation v. M/V Torm S.P., et al | filed 09/14/93 | closed 12/20/94 |
| 1:94-cv-05286-SS | Intercargo Insurance v. M/V "Tropic Quest", et al | filed 07/20/94 | closed 03/13/95 |
| 1:94-cv-07003-JSM-SEG | Cer. Und. at Lloyd's v. Dampskibsselskabet | filed 09/26/94 | closed 02/03/95 |

| | | | |
|---|---|---|---|
| 1:97-cv-03380-JSM-LB | Maritime Ins. Co. v. M/V "Torm Birgette", et al | filed 05/08/97 | closed 11/10/97 |
| 1:97-cv-04569-MBM | Phibro Inc. v. M/V Ostfriesland, et al | filed 06/20/97 | closed 12/08/97 |
| 2:02-cv-00605-VM | MSC Mediterranean v. M/V Nikolay Kantemir, et al | filed 01/25/02 | closed 02/19/04 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/02/2008 13:29:39 | | | |
| PACER Login: | lm2533 | Client Code: | 1211 |
| Description: | Search | Search Criteria: | Last Name: torm Type: pty |
| Billable Pages: | 2 | Cost: | 0.16 |

# U.S. Party/Case Index

## All Types Name Search Results

27 Total Party matches for selection A/S DAMPSKIBSSELSKABET TORM for ALL COURTS
Search Complete
Tue Jan 22 15:13:07 2008
Selections 1 through 27 (Page 1)

●Download (1 pages $ 0.00)

### Civil Cases

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1  A/S DAMPSKIBSSELSKABET TORM A/S Dampskibsselskab v. U S A Frametek LTD | txsdce | 4:2001cv00067 | 01/10/2001 | 120 | 02/04/2002 |
| 2  A/S DAMPSKIBSSELSKABET TORM Atlantic USA Inc v. M/V Stamatina P, et al | txsdce | 4:2003cv00225 | 01/21/2003 | 120 | 05/06/2003 |
| 3  A/S DAMPSKIBSSELSKABET TORM Coastal Petroleum, N, et al v. M/T Anatoli, et al | hidce | 1:1994cv00264 | 04/08/1994 | 345 | 10/28/1998 |
| 4  A/S DAMPSKIBSSELSKABET TORM Coffee America (USA) v. M/V Cabot Strait, et al | txsdce | 4:2003cv00431 | 02/05/2003 | 120 | 07/29/2003 |
| 5  A/S DAMPSKIBSSELSKABET TORM BRYANT v. A/S Dampskibsselskabet Torm | txsdce | 3:2007cv00547 | 11/21/2007 | 340 | |
| 6  A/S DAMPSKIBSSELSKABET TORM Carlon E Russell v. A/S Dampskibsselskab, et al | cacdce | 8:1998cv00713 | 08/27/1998 | 340 | 09/09/1998 |
| 7  A/S DAMPSKIBSSELSKABET TORM WO Shipping Group BV NL v. OMI Corp et al | ctdce | 3:2007cv01381 | 09/14/2007 | 190 | |
| 8  A/S DAMPSKIBSSELSKABET TORM Staiger Rubber Prt v. Vodice MV, et al | laedce | 2:1993cv01391 | 04/27/1993 | 340 | 08/18/1993 |
| → 9  A/S DAMPSKIBSSELSKABET TORM Intl. Marine v. M.V. Torm Freya, et al | nysdce | 1:2001cv02038 | 03/09/2001 | 120 | 09/04/2001 |
| 10 A/S DAMPSKIBSSELSKABET TORM GATX Terminal Corp v. M/V Torm Freya | txsdce | 4:1992cv02209 | 07/24/1992 | 120 | 05/10/1993 |
| 11 A/S DAMPSKIBSSELSKABET TORM Arful, et al v. United Rice Packing, et al | candce | 3:1990cv02880 | 10/09/1990 | 190 | 04/05/1991 |
| → 12 A/S DAMPSKIBSSELSKABET TORM Maritime Ins. Co. v. M/V "Torm Birgette", et al | nysdce | 1:1997cv03380 | 05/08/1997 | 120 | 11/10/1997 |
| 13 A/S DAMPSKIBSSELSKABET TORM JOHN A. STEER AND CO, et al v. M/V TORM FREYA, et al | njdce | 2:1996cv03807 | 08/14/1996 | 120 | 11/10/1997 |
| → 14 A/S DAMPSKIBSSELSKABET TORM Commercial Union v. Amobelge Shipping, et al | nysdce | 1:2001cv04353 | 05/22/2001 | 110 | 01/30/2002 |

→ 15 A/S DAMPSKIBSSELSKABET TORM    nysdce 1:2001cv04353 05/22/2001 110 01/30/2002
Commercial Union v. Amobelge Shipping, et al
16 A/S DAMPSKIBSSELSKABET TORM    njdce 2:2001cv05253 11/13/2001 120 04/14/2003
GERKENS CACAO B.V. v. A/S DAMPSKIBSSELSKAB
17 A/S DAMPSKIBSSELSKABET TORM    njdce 2:2001cv05253 11/13/2001 120 04/14/2003
GERKENS CACAO B.V. v. A/S DAMPSKIBSSELSKAB
18 A/S DAMPSKIBSSELSKABET TORM    cacdce 2:1998cv05810 05/12/1999 340 02/24/2000
Carlton E. Russell, et al v. M/V Torm Tekla, et al
→ 19 A/S DAMPSKIBSSELSKABET TORM    nysdce 1:1991cv07242 10/25/1991 120 07/10/1992
Royal Ins. Company v. A/S Dampskibs. Torm
20 A/S DAMPSKIBSSELSKABET TORM    nysdce 1:2003cv07283 09/18/2003 120 01/12/2004
Consolidated Africa v. Torm Lines, et al
21 A/S DAMPSKIBSSELSKABET TORM    cacdce 2:1998cv07312 09/09/1998 340 08/06/1999
Carlon E Russell v. A/S Dampskibsselskab, et al
→ 22 A/S DAMPSKIBSSELSKABET TORM    nysdce 1:2007cv07687 08/29/2007 120
Nursan Metalurji Endustrisi A.S. v. M/V Torm Gertrud et al
→ 23 A/S DAMPSKIBSSELSKABET TORM    nysdce 1:2001cv09262 10/19/2001 190 07/18/2003
A/S Dampskib Torm v. US Africa Navigation, et al
24 A/S DAMPSKIBSSELSKABET TORM (TORM LINES)    paedce 2:1992cv03174 06/01/1992 120 03/05/1993
WESTWAY MERKURIA COR v. SOCIETE IVOIRIENNE, et al
→ 25 A/S DAMPSKIBSSELSKABET TORM (TORM LINES)    nysdce 1:1996cv05265 07/16/1996 120 03/10/1997
Intercargo Ins. Co. v. S/S Torm Birgitte, et al
→ 26 A/S DAMPSKIBSSELSKABET TORM (TORM LINES)    nysdce 1:1991cv05364 08/07/1991 120 12/03/1991
Royal Insur. Co of A v. A/S Dampskibsselskab
→ 27 A/S DAMPSKIBSSELSKABET TORM (TORM LINES)    nysdce 1:1991cv08192 12/05/1991 120 03/27/1992
GRE Talbot, Bird v. M/V Juraj, et al

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/22/2008 15:13:07 | | | |
| PACER Login: | lm2533 | Client Code: | 1211 |
| Description: | All Types srch pg 1 | Search Criteria: | A/S DAMPSKIBSSELSKABET TORM |
| Billable Pages: | 1 | Cost: | 0.08 |

U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

??? Help