EXHIBIT "7"



## Matters and Deals

### A BUSY TIME FOR NEW YORK'S M&A PRACTICE

During a two-week period in late April and early May, the New York M&A team, working with colleagues in London, Miami and Washington, signed or closed four deals totaling in excess of $19 billion.

The four deals involved:

- .: Representing a Special Committee of the Board of Directors of Interpool, Inc., in connection with a sale of Interpool to private equity funds managed by affiliates of Fortress Investment Group LLC for $2.4 billion.
- .: A/S Dampskibsselskabet TORM's $2.2 billion acquisition of OMI Corporation.
- .: Ahold's sale of US Foodservice to Kohlberg Kravis Roberts & Co., L. P. and Clayton, Dubilier & Rice Inc. for $7.1 billion.
- .: Swedish steel manufacturer SSAB's acquisition of US public steel company Ipsco, Inc., for $7.7 billion — signed less than 24 hours after the Ahold transaction.

These deals mark some of the largest acquisitions in their respective sectors and display the Firm's capabilities across a wide range of industries and deal structures. The M&A practice in New York continues to work on a large number of public and private deals and our global M&A practice is busy as well.

### *Deal Details:*

**Deal Signed, April 20:** We advised the Special Committee of Independent Directors of Interpool, Inc., in regards to its merger with an affiliate of Fortress Investment Group, a global alternative asset manager, in a transaction that values Interpool, including assumed debt, at approximately $2.4 billion. Interpool, a leading global transportation service provider and lessor of cargo containers used in international trade, formed the Special Committee in January 2007, to evaluate an offer of $24 per share by Interpool chairman and CEO Martin Tuchman, supported by other significant shareholders, and an institutional investment fund. After soliciting additional offers, the Special Committee recommended that the Board approve the Fortress merger at $27.10 per share. The deal is expected to close in the second quarter of 2007. **New York:** Bill Wynne, Gregory Pryor, Dwight Healy, Sean Geary, M. Elaine Johnston, Tabber Benedict, Melissa Jung and Kaleb Honsberger.

**Deal Signed, April 17:** We are representing A/S Dampskibsselskabet TORM , in the acquisition, together with Teekay Shipping Corporation, of OMI Corporation, a shipping company, for $2.2 billion. TORM (DSE:TORM; NASDAQ: TRMD) is one of the world's leading carriers of refined oil products as well as a significant participant in the dry bulk market, operating approximately 100 modern vessels. Teekay (NYSE: TK) is a shipping company that transports more than ten percent of the world's seaborne oil with a fleet of over 155 vessels. It has been agreed by TORM

and Teekay that, upon consummation of the transaction, out of the 47 OMI (NYSE:OMM) vessels that are being taken over, 13 Suezmax crude oil tankers as well as eight product tankers will be taken over by Teekay, whereas the remaining 26 product tankers will be taken over by TORM. In addition to giving TORM a very modern and uniformed product tanker fleet, the transaction will ensure TORM's presence in the American market, as well as give TORM access to OMI's technical organization in India, thereby ensuring the necessary continuity for the acquired fleet. Following a competitive auction won by TORM and Teekay, a merger agreement and a joint venture agreement were executed. **New York:** John Reiss, Oliver Brahmst, Dan Kessler, Martin Ulfson, Brian Vasandani, Tony Shih, Julieta Arribas Medrano, Meredith Beuchaw, Joel Melendez, Zeke Vermillion (M&A); David Johansen, Morten Olsson (Securities); Bill Dantzler (Tax); Heather Giannandrea (Finance); Gary Kashar, Joe Brazil (Bank Finance); Jason Rothschild (Benefits); Tal Marnin, Halona Gropper (Labor); Adam Chernichaw, Sabrina Truong, Jennifer Co (IP); **Washington, DC:** George Paul, Ellen Jakovic (Antitrust); Christopher Corr, Richard Burke (Exon-Florio) and **Miami:** H. William Walker, Jr. (Real Estate).

**Deal Signed, May 2:** We are advising Royal Ahold N.V. (Ahold, NYSE: AHO), in connection with the sale of US Foodservice to a private equity consortium consisting of Kohlberg Kravis Roberts & Co L.P. and Clayton, Dubilier & Rice Fund VII, L.P. for a purchase price of $7.1 billion. US Foodservice, with 2006 net sales of $19.2 billion, is the second-largest broadline foodservice distributor in the United States and distributes food and related products to more than 250,000 foodservice customers across the US, including restaurants, hospitals, hotels, schools, the government and other establishments. Ahold is an international group of quality supermarkets based in the United States and Europe. The sale is expected to close in the second half of 2007, subject to antitrust clearance, approval by Ahold's shareholders, and the fulfillment of customary conditions. **New York:** John Reiss, Daniel Latham, Kenneth Regensburg, Michiel Visser, Nicholas Marchica, Meredith Beuchaw, Jason Gregory, Anthony Shih, Joel Melendez, Miliette Marcos, Alexander Winsor (M&A); David Joyce (Bank Finance); J. William Dantzler, Gerret Baur, Melissa Laferriere (Tax); Glenn Kurtz, Douglas Baumstein (Litigation); Kenneth Raskin, Stacy DeWalt (Employee Benefits); Steven Betensky, Howard Wettan (Intellectual Property); Richard Liskov (Insurance); George Paul, Douglas Jasinski (Antitrust); Lawrence Gannon (Asset Finance); Paul Milmed (Environmental); David Johansen (Securities); Tal Marnin (Labor) and **Miami:** Cristina Lumpkin (Environmental).

**Deal Signed, May 3:** We acted as lead counsel to Swedish steel producer SSAB Svenskt Stål AB in signing an agreement with Canadian steelmaker IPSCO, Inc. for its acquisition by SSAB for approximately $7.7 billion. Under the terms of the agreement, SSAB will pay $160 in cash for each outstanding common share of IPSCO. Including the retirement or assumption of IPSCO's existing debt, the total deal value is approximately $8.6 billion. We also negotiated a $8.8 billion multicurrency facility agreement to provide debt financing for the acquisition. **New York:** John Reiss, Gregory Pryor, Matthew Kautz, Kenneth Raskin, J. William Dantzler, Jr., Jean Shimotake, David Johansen, Tal Marnin, Paul Milmed, Richard Liskov, Edgardo Cavalie, Zohar Liss, Adam Zitter, Clark Wohlferd, Diana Haladey, Travis Fleming, Gabe Stern, Stacy DeWalt, Jennifer Frattini, Michael Masri, Kaleb Honsberger; **Miami:** H. William Walker, Jr., Lauren Hunt, Ari Tenzer, Cristina Lumpkin; **Washington, DC:** George Paul, Christopher Corr; Noah Brumfield, Daniel Kanter, Anna Kertesz, Richard Burke; **London:** Mats Sacklén, Maurice Allen, Sam Hamilton, Jessica Albrecht; **Stockholm:** Claes Zetermarck and Magnus Hakanson.