EXHIBIT "8"


# DNV Exchange
# Vessel Info

Username:   Password:   Go!



registry > company info > a/s dampskibsselskabet torm > vessels owned

COMPANY

## A/S Dampskibsselskabet Torm

| DNV ID: | 181891 | Phone: | +4539179200 |
|---|---|---|---|
| E-mail: | | Fax: | +4539179393 |

**General**   **Vessels Operated**   **Vessels Owned**

☐ Unknown

| Status | Year | Vessel Name | DNV ID | Yard | GT (ITC 69) |
|---|---|---|---|---|---|
| In Operation | 1995 | FAJA DE ORO II | 19337 | Onomichi Dockyard Co., Ltd. | 28628 |
| In Operation | 2004 | TORM BALTIC | 25949 | Tsuneishi Holdings Corporation Tsuneishi Shipbuilding Company | 36592 |
| In Operation | 2004 | TORM ESTRID | 25476 | Hyundai Heavy Ind. Co., Ltd. | 40000 |
| In Operation | 2003 | TORM FREYA | 23464 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30058 |
| In Operation | 2002 | TORM GERD | 23462 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30058 |
| In Operation | 2002 | TORM GERTRUD | 23461 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30058 |
| In Operation | 1995 | TORM GOTLAND | 19458 | Onomichi Dockyard Co., Ltd. | 28628 |
| In Operation | 2000 | TORM GUDRUN | 21650 | Hyundai Heavy Ind. Co., Ltd. | 57031 |
| In Operation | 1999 | TORM GUNHILD | 23799 | Halla Engineering & Heavy Ind. Ltd. | 28909 |
| In Operation | 1997 | TORM HELENE | 19349 | Hyundai Heavy Ind. Co., Ltd. | 57031 |
| In Operation | 2003 | TORM INGEBORG | 23342 | Hyundai Samho Heavy Ind. Co., Ltd.(MOK) | 57095 |
| In Operation | 2004 | TORM ISMINI | 25670 | Hyundai Heavy Ind. Co., Ltd. | 0 |
| In Operation | 1999 | TORM KRISTINA | 20167 | Hyundai Samho Heavy Ind. Co., Ltd.(MOK) | 57080 |
| In Operation |  | TORM MARLENE | 25948 | Tsuneishi Holdings Corporation Tsuneishi Shipbuilding Company | 36592 |
| In Operation | 1997 | TORM MARTA | 25139 | Tsuneishi Holdings Corporation Tsuneishi Shipbuilding Company | 36592 |
| In Operation | 2002 | TORM MARY | 23459 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30058 |
| In Operation | 2003 | TORM THYRA | 23463 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30058 |
| In Operation | 2003 | TORM VALBORG | 23341 | Hyundai Samho Heavy Ind. Co., Ltd.(MOK) | 57095 |
| In Operation | 2002 | TORM VITA | 23460 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30058 |

| Company Name: |  | Company ID: |  | Go! |

My Recent Companies:   A/S DAMPSKIBSSELSKABET TORM

© 2004 DET NORSKE VERITAS    Liability    About DNV    Contact Us

# DNV Exchange
## Vessel Info

Username:  Password:  Go



registry > company info > a/s dampskibsselskabet torm > vessels operated

COMPANY

# A/S Dampskibsselskabet Torm

| | | | | |
|---|---|---|---|---|
| DNV ID: | 181891 | | Phone: | +4539179200 |
| E-mail: | | | Fax: | +4539179393 |

**General**   **Vessels Operated**   **Vessels Owned**

☐ Unknown

| Status | Year | Vessel Name | DNV ID | Yard | GT (ITC 69) |
|---|---|---|---|---|---|
| In Operation | 1990 | BEL TAYLOR | 16696 | Burmeister & Wain | 43398 |
| In Operation | 2006 | DIFKO LISBETH | 26970 | | 41690 |
| In Operation | 1995 | FAJA DE ORO II | 19337 | Onomichi Dockyard Co., Ltd. | 28628 |
| In Operation | 2006 | GOTLAND CAROLINA | 25952 | Guangzhou Shipyard International Co. Ltd. | 29283 |
| In Operation | 2007 | GOTLAND SOFIA | 25953 | Guangzhou Shipyard International Co. Ltd. | 29283 |
| In Operation | 1999 | POTRERO DEL LLANO II | 22191 | Onomichi Dockyard Co., Ltd. | 28546 |
| In Operation | 2004 | TORM ANHOLT | 28181 | Namura Shipbuilding Co., Ltd. | 39035 |
| In Operation | 2004 | TORM ANNA | 25477 | Hyundai Heavy Ind. Co., Ltd. | 40000 |
| In Operation | 1999 | TORM ANNE | 23609 | Halla Engineering & Heavy Ind. Ltd. | 28932 |
| In Operation | 1997 | TORM ANN-MARIE | 19348 | Hyundai Heavy Ind. Co., Ltd. | 57031 |
| In Operation | 2004 | TORM ESTRID | 25476 | Hyundai Heavy Ind. Co., Ltd. | 40000 |
| In Operation | 2003 | TORM FREYA | 23464 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30058 |
| In Operation | 2002 | TORM GERD | 23462 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30058 |
| In Operation | 2002 | TORM GERTRUD | 23461 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30058 |
| In Operation | 1999 | TORM GUNHILD | 23799 | Halla Engineering & Heavy Ind. Ltd. | 28909 |
| In Operation | 1997 | TORM HELENE | 19349 | Hyundai Heavy Ind. Co., Ltd. | 57031 |
| In Operation | 2005 | TORM HELVIG | 26363 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30600 |
| In Operation | 2004 | TORM ISMINI | 25670 | Hyundai Heavy Ind. Co., Ltd. | 0 |
| In Operation | 2002 | TORM MARY | 23459 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30058 |
| In Operation | 2005 | TORM RAGNHILD | 26362 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30600 |
| In Operation | 2001 | TORM ROTNA | 26969 | | 40072 |

| In Operation | 2003 | TORM SARA  | 26359 | Samsung Heavy Industries Co. Ltd., Koje Shipyard | 41690 |
| In Operation | 2005 | TORM SIGNE | 26361 | Samsung Heavy Industries Co. Ltd., Koje Shipyard | 41690 |
| In Operation | 2005 | TORM SOFIA | 26971 | | 41503 |
| In Operation | 2003 | TORM THYRA | 23463 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30058 |
| In Operation | 2001 | TORM TINA  | 26360 | Tsuneishi Holdings Corporation Tsuneishi Shipbuilding Company | 40030 |
| In Operation | 2002 | TORM VITA  | 23460 | STX Shipbuilding Co. Ltd. (Jinhae Shipyard) | 30058 |

Company Name: [　　　　　　　　]　　Company ID: [　　]　[Go]

My Recent Companies:　　A/S DAMPSKIBSSELSKABET TORM

© 2004 DET NORSKE VERITAS　　Liability　　About DNV　　Contact Us



TORM TAKES OVER CONTROL OF OMI VESSELS

## ANNOUNCEMENT NO. 19 - 2007

3 August 2007

### TORM takes over control of OMI vessels

On 8 June 2007, A/S Dampskibsselskabet TORM (TORM) announced that TORM and Teekay Corporation (TEEKAY) had completed the acquisition of OMI Corporation (OMI), whereby OMI became a jointly owned subsidiary of TORM and TEEKAY.

TORM and TEEKAY have now finalized the plan for the distribution of OMI's assets. TORM will consequently with effect from 1 August 2007 take over 24 product tankers from OMI, leaving TORM's fleet at 85 vessels excluding newbuildings. TORM will also take over OMI's technical operations in India and a part of OMI's organisation in the US. For technical reasons two product tankers will remain in TORM's and TEEKAY's joint operation in OMI until no later than the beginning of 2008, whereas the other OMI vessels will be taken over by TEEKAY, likewise with effect from 1 August 2007. The remaining assets of OMI including 2 product tanker newbuildings will be equally distributed between TORM and TEEKAY.

**OMI fleet to be taken over by TORM**

| No. | Vessel Name | Ownership | Yard | DWT | Hull | Year Built | Current Age |
|---|---|---|---|---|---|---|---|
| **LR1 TANKERS** | | | | | | | |
| 1 | OTTAWA | BB | Daewoo | 70,297 | DH | 2003 | 4.0 |
| 2 | TAMAR | BB | Daewoo | 70,362 | DH | 2003 | 4.0 |
| | | | | | | | 4.0 |
| **MR TANKERS** | | | | | | | |
| 3 | WABASH | 100% | Hyundai | 46,000 | DH | 2006 | 1.0 |
| 4 | KANSAS | 100% | Hyundai | 47,000 | DH | 2006 | 1.0 |
| 5 | REPUBLICAN | 100% | Hyundai | 47,000 | DH | 2006 | 1.0 |
| 6 | PLATTE | 100% | Hyundai | 47,000 | DH | 2006 | 1.0 |
| 7 | THAMES | 100% | Hyundai | 47,000 | DH | 2005 | 2.0 |
| 8 | HORIZON | 100% | Hyundai | 46,955 | DH | 2004 | 3.0 |
| 9 | ROSETTA | 100% | Onomichi | 47,015 | DH | 2003 | 4.0 |
| 10 | MOSELLE | 100% | Onomichi | 47,024 | DH | 2003 | 4.0 |
| 11 | SAN JACINTO | 100% | Onomichi | 47,038 | DH | 2002 | 5.0 |
| 12 | AMAZON | 100% | Onomichi | 47,275 | DH | 2002 | 5.0 |
| 13 | NECHES | 100% | Onomichi | 47,052 | DH | 2000 | 7.0 |
| | | | | | | | 3.1 |
| **HANDYSIZE TANKERS** | | | | | | | |
| 14 | TEVERE | 100% | Hyundai | 36,990 | DH | 2005 | 2.0 |
| 15 | FOX | 100% | Hyundai | 37,006 | DH | 2005 | 2.0 |
| 16 | GARONNE | 100% | Hyundai | 37,178 | DH | 2004 | 3.0 |
| 17 | LOIRE | 100% | Hyundai | 37,106 | DH | 2004 | 3.0 |
| 18 | SAONE | 100% | Hyundai | 36,986 | DH | 2004 | 3.0 |
| 19 | CHARENTE | 100% | Daedong | 35,751 | DH | 2001 | 6.0 |
| 20 | OHIO | 100% | Hyundai | 37,278 | DH | 2001 | 6.0 |
| 21 | RHONE | 100% | Daedong | 35,775 | DH | 2000 | 7.0 |
| 22 | MADISON | 100% | Daedong | 35,828 | DH | 2000 | 7.0 |
| 23 | TRINITY | 100% | Daedong | 35,834 | DH | 2000 | 7.0 |
| 24 | KING EDWARD | TC | Hyundai | 37,384 | DH | 2004 | 3.0 |
| 25 | KING ERNEST | TC | Hyundai | 37,178 | DH | 2004 | 3.0 |
| 26 | NEWBUILD 1 | 100% | Hyundai | 37,000 | DH | 2009 | |
| | | | | | | | 4.3 |
| **Total** | | | | | | | **3.8** |

BB = Bareboat          TC = Time charter

**Contact**          Klaus Kjærulff, CEO, tel.: +45 39 17 92 00.



**About TORM**     TORM is one of the World's leading carriers of refined oil products and has significant activities in the bulk market. The Company operates more than to 100 modern and secure vessels, most of them in pool co-operation with other respected shipping companies, sharing TORM's commitment to safety, environmental responsibility and customer service.

TORM was founded in 1889 and has constantly adapted itself and benefited from the significant changes characterizing shipping. The Company conducts business all over the World and is headquartered in Copenhagen, Denmark. TORM's shares are listed in Copenhagen (ticker TORM) as well as on NASDAQ (ticker TRMD). For more information, visit www.torm.com.

---

**SAFE HARBOUR STATEMENT – FORWARD LOOKING STATEMENTS**

Matters discussed in this release may constitute forward-looking statements. Forward-looking statements reflect our current views with respect to future events and financial performance and may include statements concerning plans, objectives, goals, strategies, future events or performance, and underlying assumptions and other statements, which are other than statements of historical facts.

The forward-looking statements in this release are based upon various assumptions, many of which are based, in turn, upon further assumptions, including without limitation, management's examination of historical operating trends, data contained in our records and other data available from third parties. Although TORM believes that these assumptions were reasonable when made, because these assumptions are inherently subject to significant uncertainties and contingencies which are difficult or impossible to predict and are beyond our control, TORM cannot assure you that it will achieve or accomplish these expectations, beliefs or projections.

Important factors that, in our view, could cause actual results to differ materially from those discussed in the forward-looking statements include the strength of world economies and currencies, changes in charter hire rates and vessel values, changes in demand for "tonne miles" of crude oil carried by oil tankers, the effect of changes in OPEC's petroleum production levels and worldwide oil consumption and storage, changes in demand that may affect
attitudes of time charterers to scheduled and unscheduled dry-docking, changes in TORM's operating expenses, including bunker prices, dry-docking and insurance costs, changes in governmental rules and regulations including requirements for double hull tankers or actions taken by regulatory authorities, potential liability from pending or fu
ture litigation, domestic and international political conditions, potential disruption of shipping routes due to accidents and political events or acts by terrorists.

Risks and uncertainties are further described in reports filed by TORM with the US Securities and Exchange Commission, including the TORM Annual Report on Form 20-F and its reports on Form 6-K.