EXHIBIT "9"

EFILE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:07-cv-01381-MRK

WO Shipping Group BV NL v. OMI Corp et al
Assigned to: Judge Mark R. Kravitz
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 09/14/2007
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**WO Shipping Group BV NL**   represented by   **Brian E. Moran**
Robinson & Cole - Stmfd, CT
Financial Center
695 E. Main St., PO Box 10305
Stamford, CT 06904-2305
203-462-7512
Fax: 203-462-7599
Email: bmoran@rc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Kelleher, III.**
Robinson & Cole - Stmfd, CT
Financial Center
695 E. Main St., PO Box 10305
Stamford, CT 06904-2305
203-462-7514
Email: wkelleher@rc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**OMI Corp**   represented by   **J. Christopher Shore**
*formerly known as*
Omaha Inc
White & Case - NY - Ave Americas
1155 Ave. Of Americas
New York, NY 10036
212-819-8394
Fax: 212-354-8113
Email: cshore@ny.whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Johnson Martella**
Day Pitney LLP-Trmbl St Htfd-CT
242 Trumbull St.
Hartford, CT 06103-1212
860-275-0310
Fax: 860-275-0343
Email: ljmartella@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meghan McCurdy**
White & Case - NY - Ave Americas
1155 Ave. Of Americas
New York, NY 10036
212-819-8775
Fax: 212-354-8113
Email: mmccurdy@ny.whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Shea**
Day Pitney LLP-Htfd-CT
242 Trumbull St.
Hartford, CT 06103-1212
860-275-0146
Fax: 860-275-0343
Email: mpshea@DayPitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Omi Marine Consultancy (Deutschland) GmbH & Co KG**     represented by     **J. Christopher Shore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Johnson Martella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meghan McCurdy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Shea**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Teekay Shipping Corp**                    represented by **J. Christopher Shore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Johnson Martella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meghan McCurdy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Shea**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**A/S Dampskibsselskabet Torm**             represented by **J. Christopher Shore**
*also known as*                                            (See above for address)
AS Steamship Co Torm                                       *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Johnson Martella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meghan McCurdy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Shea**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2007 | 1 | COMPLAINT against OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp, A/S Dampskibsselskabet Torm ( Filing fee $ 350 receipt number B014760), filed by WO Shipping Group BV NL.(Bauer, J.) (Entered: 09/19/2007) |

| | | |
|---|---|---|
| 09/14/2007 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 12/14/2007. Amended Pleadings due by 11/13/2007., Discovery due by 3/15/2008., Dispositive Motions due by 4/14/2008.. Signed by Clerk on 9/14/07. (Bauer, J.) (Entered: 09/19/2007) |
| 09/14/2007 | 3 | ELECTRONIC FILING ORDER. Signed by Judge Mark R. Kravitz on 9/14/07. (Bauer, J.) (Entered: 09/19/2007) |
| 09/14/2007 | 4 | Corporate Disclosure Statement by WO Shipping Group BV NL. (Bauer, J.) (Entered: 09/19/2007) |
| 09/18/2007 | | Summons Issued as to OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp, A/S Dampskibsselskabet Torm. (Bauer, J.) (Entered: 09/19/2007) |
| 10/02/2007 | 5 | CERTIFICATE OF SERVICE by WO Shipping Group BV NL re 2 Order on Pretrial Deadlines, 1 Complaint, Summons Issued, 4 Corporate Disclosure Statement, 3 Electronic Filing Order *Service upon A/S Dampskibsselskabet Torm on 9/24/07 accepted by Kathleen C. Haines* (Kelleher, William) (Entered: 10/02/2007) |
| 10/02/2007 | 6 | CERTIFICATE OF SERVICE by WO Shipping Group BV NL re 2 Order on Pretrial Deadlines, 1 Complaint, Summons Issued, 4 Corporate Disclosure Statement, 3 Electronic Filing Order *Service upon OMI Corporation on 9/24/07 accepted by Kathleen C. Haines* (Kelleher, William) (Entered: 10/02/2007) |
| 10/02/2007 | 7 | CERTIFICATE OF SERVICE by WO Shipping Group BV NL re 2 Order on Pretrial Deadlines, 1 Complaint, Summons Issued, 4 Corporate Disclosure Statement, 3 Electronic Filing Order *Service upon Torm USA LLC on 9/24/07 accepted by Kathleen C. Haines* (Kelleher, William) (Entered: 10/02/2007) |
| 10/11/2007 | 8 | NOTICE of Appearance by William J. Kelleher, III on behalf of WO Shipping Group BV NL (Kelleher, William) (Entered: 10/11/2007) |
| 10/15/2007 | 9 | ACKNOWLEDGEMENT OF SERVICE Executed as to 2 Order on Pretrial Deadlines, 1 Complaint, Summons Issued, 4 Corporate Disclosure Statement, 3 Electronic Filing Order *Return Receipt Acknowledgement of International Mail Service on TEEKAY SHIPPING CORPORATION* Acknowledgement filed by WO Shipping Group BV NL. (Kelleher, William) (Entered: 10/15/2007) |
| 10/19/2007 | 10 | AMENDED COMPLAINT against all defendants, filed by WO Shipping Group BV NL.(Moran, Brian) (Entered: 10/19/2007) |
| 11/05/2007 | 11 | ACKNOWLEDGEMENT OF SERVICE Executed as to 2 Order on Pretrial Deadlines, 1 Complaint, 4 Corporate Disclosure Statement, 3 Electronic Filing Order *Return Receipt Acknowledgement of International Mail Service on OMI MARINE CONSULTANCY (DEUTSCHLAND)* Acknowledgement filed by WO Shipping Group BV NL. (Kelleher, William) (Entered: 11/05/2007) |
| 11/05/2007 | 12 | ENTERED IN ERROR: CERTIFICATE OF SERVICE by WO Shipping |

|            |    | Group BV NL re 2 Order on Pretrial Deadlines, 1 Complaint, 4 Corporate Disclosure Statement, 3 Electronic Filing Order *Proof of Service Upon TEEKAY SHIPPING CORPORATION in Compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents* (Kelleher, William) Modified on 11/6/2007 (Bauer, J.). (Entered: 11/05/2007) |
| ---------- | -- | --- |
| 11/05/2007 | 13 | SUMMONS Returned Executed by WO Shipping Group BV NL. Teekay Shipping Corp served on 10/18/2007, answer due 11/7/2007. (correction to doc 12) (Bauer, J.) (Entered: 11/06/2007) |
| 11/30/2007 | 14 | SUMMONS Returned Executed by WO Shipping Group BV NL. A/S Dampskibsselskabet Torm served on 11/6/2007, answer due 11/26/2007. (Kelleher, William) (Entered: 11/30/2007) |
| 12/12/2007 | 15 | SUMMONS Returned Executed by WO Shipping Group BV NL. A/S Dampskibsselskabet Torm served on 11/22/2007, answer due 12/12/2007. (Kelleher, William) (Entered: 12/12/2007) |
| 12/21/2007 | 16 | NOTICE of Appearance by Michael P. Shea on behalf of OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp, A/S Dampskibsselskabet Torm (Shea, Michael) (Entered: 12/21/2007) |
| 12/21/2007 | 17 | NOTICE of Appearance by Laura Johnson Martella on behalf of OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp, A/S Dampskibsselskabet Torm (Martella, Laura) (Entered: 12/21/2007) |
| 12/21/2007 | 18 | Corporate Disclosure Statement by OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp, A/S Dampskibsselskabet Torm. (Shea, Michael) (Entered: 12/21/2007) |
| 12/21/2007 | 19 | MOTION to Dismiss *The Amended Complaint* by OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp, A/S Dampskibsselskabet Torm.Responses due by 1/11/2008 (Shea, Michael) (Entered: 12/21/2007) |
| 12/21/2007 | 20 | Memorandum in Support re 19 MOTION to Dismiss *The Amended Complaint* filed by OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp, A/S Dampskibsselskabet Torm. (Attachments: # 1 Exhibit A)(Shea, Michael) (Entered: 12/21/2007) |
| 12/21/2007 | 21 | AFFIDAVIT re 20 Memorandum in Support of Motion Signed By Meghan McCurdy filed by OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp, A/S Dampskibsselskabet Torm. (Shea, Michael) (Entered: 12/21/2007) |
| 12/26/2007 | 22 | CERTIFICATE OF SERVICE by OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp re 21 Affidavit (Shea, Michael) (Entered: 12/26/2007) |
| 01/03/2008 | 23 | Consent MOTION for Extension of Time to File Response/Reply as to |

| | | |
|---|---|---|
| | | 19 MOTION to Dismiss *The Amended Complaint* until 1/23/08 by WO Shipping Group BV NL. (Moran, Brian) (Entered: 01/03/2008) |
| 01/04/2008 | 24 | ORDER granting 23 Motion for Extension of Time to File Response/Reply. Plaintiff must file any response to the motion to dismiss no later than January 23, 2008. Signed by Judge Mark R. Kravitz on 1/4/08. (Morris, D.) (Entered: 01/04/2008) |
| 01/04/2008 | | SetDeadlines as to 19 MOTION to Dismiss *The Amended Complaint*. Responses due by 1/23/2008 (Ghilardi, K.) (Entered: 01/07/2008) |
| 01/07/2008 | 25 | MOTION for Attorney J. Christopher Shore to Appear Pro Hac Vice by OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp, A/S Dampskibsselskabet Torm.. Filing Fee $25.00. Receipt Number N023400. (Brown, S.) (Entered: 01/09/2008) |
| 01/07/2008 | 27 | MOTION for Attorney Meghan McCurdy to Appear Pro Hace Vice by OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp, A/S Dampskibsselskabet Torm.. Filing Fee $25.00. Receipt Number N023401. (Brown, S.) Modified on 1/9/2008 (Brown, S.). (Entered: 01/09/2008) |
| 01/09/2008 | 26 | ORDER granting 25 Motion for J. Christopher Shore to Appear Pro Hac Vice. Signed by Clerk on 1/9/08. (Brown, S.) (Entered: 01/09/2008) |
| 01/09/2008 | 28 | ORDER granting 27 Motion for Meghan McCurdy to Appear Pro Hac Vice. Signed by Clerk on 1/9/08. (Brown, S.) (Entered: 01/09/2008) |
| 01/09/2008 | | Docket Entry Correction re 27 MOTION for Attorney Meghan McCurdy to Appear Pro Hace Vice. Modified to correct name spelling (Brown, S.) (Entered: 01/09/2008) |
| 01/16/2008 | 29 | ENTERED IN ERROR... 26(f) NOTICE : The Court has reviewed the file in this case to monitor the parties compliance with Local Rule 26(e). Local Rule 26(e) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(e) further provides that, within 10 days after the conference, the participants must jointly file a report of the conference using Form 26(f). It appears that more than forty days have passed since the appearance of a defendant in this case but no report has been filed. Accordingly, it is hereby ordered that the parties must file on or before January 30, 2008: (1) a written statement signed by all counsel of record demonstrating that this case is exempt from the requirement of filing a form 26f report; or (2) a form 26f report along with a written statement signed by all counsel of record explaining why sanctions should not be imposed for the parties failure to comply with Local Rule 26(e). Failure to comply with this order will result in dismissal of the complaint. Signed by Clerk on 1/16/2008. (Ghilardi, K.) Modified on 1/16/2008 (Ghilardi, K.). (Entered: 01/16/2008) |
| 01/16/2008 | | Docket Entry Correction re 29 26f Notice. Entered in error. Docketed notice before report was past due. (Ghilardi, K.) (Entered: 01/16/2008) |

| 01/18/2008 | 30 | NOTICE of Appearance by Meghan McCurdy on behalf of OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp, A/S Dampskibsselskabet Torm (McCurdy, Meghan) (Entered: 01/18/2008) |
| --- | --- | --- |
| 01/18/2008 | 31 | NOTICE of Appearance of J. Christopher Shore on behalf of OMI Corp, Omi Marine Consultancy (Deutschland) GmbH & Co KG, Teekay Shipping Corp, A/S Dampskibsselskabet Torm > *(McCurdy, Meghan) Modified on 1/22/2008 to correct filer(Brown, S.).* (Entered: 01/18/2008) |
| 01/22/2008 |  | Docket Entry Correction re 31 Notice of Appearance of J. Christopher Shore; modified to correct name of filer (Brown, S.) (Entered: 01/22/2008) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 01/22/2008 16:22:29 | | |
| **PACER Login:** lm2533 | **Client Code:** | 1211 |
| **Description:** Docket Report | **Search Criteria:** | 3:07-cv-01381-MRK |
| **Billable Pages:** 5 | **Cost:** | 0.40 |