# Nicoletti Hornig & Sweeney

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

JOHN A V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †

LAWRENCE C. GLYNN †
VAL WAMSER †
KEVIN J. B. O'MALLEY
GLERRIC S.D.L. RUSSELL †
WILLIAM M. FENNELL
MICHAEL J. LARSON ∇
SCOTT D. CLAUSEN *
JANA SPERRY † ◊

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
∇ ALSO ADMITTED IN CONNECTICUT
◊ ALSO ADMITTED IN NORTH CAROLINA

MICHAEL MARKS COHEN
LINDA D. LIN
OF COUNSEL

NEW JERSEY OFFICE
401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

AND FILED JAN 3 1 2008

January 31, 2008

SO ORDERED

*George B. Daniels* (signature)

JAN 3 1 2008

**VIA TELEFAX 212-805-6737**

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

Re:   *Nursan Metalurji Endustrisi A.S. v. M/V TORM GERTRUD et al.*
      Action Pending in the U.S. District Court for the Southern District of New York
      Civil Index No.:   07 CIV 7687 (GBD)
      Our File No.:      00000798 (JFS/TLS)

Dear Sirs:

We are attorneys for defendant A/S Dampskibsselskabet TORM (hereinafter "Torm") in the captioned action.

The parties are presently engagaed in briefing Torm's motion to dismiss for lack of <u>in personam</u> jurisdiction and/or for <u>forum non conveniens</u>. With the Court's permission, counsel for all parties have agreed that Torm's reply to plaintiff's opposition will now be due on February 19, 2008.

We also request the Court's permission for a five (5) page extension to the reply memorandum page limit set forth in ¶ 2C of Your Honor's Individual Practices. All counsel have consented to this extension.

We thank the Court for its attention in this matter, and we remain,

Respectfully yours,

NICOLETTI HORNIG & SWEENEY

By *[signature]* James F. Sweeney

JFS/lr

cc:

**VIA FACSIMILE (212) 490-6070**
Patrick F. Lennon, Esq.
LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170

**VIA FACSIMILE (212) 425-1901**
Peter J. Gutowski, Esq.
FREEHILL HOGAN AND MAHAR LLP
*Attorneys for Gladiator Navigation S.A.*
80 Pine Street
New York, N.Y. 10005-1759

X:\Public Word Files\0-798\Judge Daniels Letter 1-31-08 lr.doc