422-07
FREEHILL, HOGAN & MAHAR, LLP
80 Pine St.
New York, NY 10005
Ph. (212) 425-1900
Fx: (212) 425-1901
Pete J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NURSUN METALURJI ENDUSTRISI A.S., <br><br> Plaintiff <br> - versus - <br><br> M/V "TORM GERTRUD", her engines, tackle, boiler, etc., *in rem*, M/V "NEW FLAME", her engines, tackle, boilers, etc., *in rem*, A/S DAMPSKIBSSELSKABET TORM, TRANSMAR SHIPPING CO. S.A., GLADIATOR NAVIGATION S.A., <br> *in personam.* <br> Defendants. | 07-cv-7687 (GBD) <br><br> **DEFENDANT GLADIATOR'S** <br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Gladiator Navigation S.A. ("Gladiator") (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

Dated: New York, New York
       February 11, 2008

Respectfully submitted,

*[signature]*

Gina M. Venezia (GV 1551)
FREEHILL, HOGAN & MAHAR, LLP
80 Pine Street
New York, New York 10005-1759
Tel: 212 425-1900 / Fax: 212 425-1901
*Attorneys for Defendant Gladiator Navigation*