## CERTIFICATE OF SERVICE

I, GINA M. VENEZIA, certify that I am counsel of record for Defendant Gladiator Navigation, S.A. On February 11, 2008, the within Defendant Gladiator's Rule 7.1 Statement was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Additionally, I served by email a true and correct copy of same upon the following counsel:

Patrick F. Lennon
Charles E. Murphy
LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave, Suite 300
New York, NY 10170
*Attorneys for Plaintiff*

James F. Sweeney
Terry L. Stoltz
NICOLETTI HORNING & SWEENEY
Wall Street Plaza
88 Pine St., 7th Floor
New York, NY 10005
*Attorneys for Defendant Torm*

_____
Gina M. Venezia

Dated: _2/11/08_