## CERTIFICATE OF SERVICE

I, GINA M. VENEZIA, certify that I am counsel of record for Defendant Gladiator Navigation, S.A. On February 11, 2008, the within Answer to Plaintiff's Complaint was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Additionally, I served by email a true and correct copy of same upon the following counsel:

| | |
|---|---|
| Patrick F. Lennon | James F. Sweeney |
| Charles E. Murphy | Terry L. Stoltz |
| LENNON, MURPHY & LENNON, LLC | NICOLETTI HORNING & SWEENEY |
| The GrayBar Building | Wall Street Plaza |
| 420 Lexington Ave, Suite 300 | 88 Pine St., 7th Floor |
| New York, NY  10170 | New York, NY  10005 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Torm* |

_____
Gina M. Venezia

Dated: 2/11/08