EXHIBIT 1

| Index No. | Case Caption | Date Opened | Date Closed |
| --- | --- | --- | --- |
| 1:00-cv-00315-DAB | Torm Lines, Inc. v. ASA International | 1/18/00 | 3/28/02 |
| 1:01-cv-02038-DLC | Intl. Marine v. M.V. Torm Freya, et al. | 3/9/01 | 9/4/01 |
| 1:01-cv-04353-SHS | Commercial Union v. Amobelge Shipping, et al. | 5/22/01 | 1/30/02 |
| 1:01-cv-06098-WHP | International Marine v. M/V Torm Freya, et al. | 7/5/01 | 1/24/02 |
| 1:01-cv-09262-NRB | A/S Dampskib Torm v. US Africa Navigation, et al. | 10/19/01 | 7/18/03 |
| 2:02-cv-00605-VM | MSC Mediterranean v. M/V Nikolay Kantemir, et al. | 1/25/02 | 2/19/04 |
| 1:02-cv-08856-KMW | Pro-Air Mechanical v. Torm Lines, et al. | 11/7/02 | 12/3/03 |
| 1:03-cv-00155-PKC-DCF | Federal Insurance v. M/V Torm Brigitte, et al. | 1/8/03 | 5/20/04 |
| 1:03-cv-07283-GEL | Consolidated Africa v. Torm Lines, et al. | 9/18/03 | 1/12/04 |
| 1:07-cv-07687-GBD | Nursan Metalurji Endustrisi A.S. v. M/V Torm Gertud, et | 8/29/07 | - |